UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

MELINDA ELLIS,

      Plaintiff,

v.

ALESSI TRUSTEE CORPORATION; et al.,

      Defendants.

3:09-CV-0428-LRH-RAM

<u>ORDER</u>

Before the court is third-party plaintiffs' motion to file a sur-reply filed on February 22, 2010. Doc. #41.[1] Third-party plaintiffs seek leave to file a sur-reply to third-party defendants' motion to dismiss arguing that the arguments raised in third-party defendants' reply require additional explanation. *Id*.

A court has the inherent authority to grant leave to a party to file a sur-reply when the information would be germane to the court's evaluation of a pending matter. *See Cedars-Sinai Medical Center v. Shalala*, 177 F.3d 1126, 1129 (9th Cir. 1999). Here, the court has reviewed the papers and pleadings on file in this matter and finds that a sur-reply is unnecessary; the motion has been fully briefed and third-party plaintiffs have filed a thorough opposition of the motion to dismiss. Further, third-party defendants' reply does not raise new arguments warranting a sur-reply.

---

[1] Refers to the court's docket number.

1       IT IS THEREFORE ORDERED that third-party plaintiffs' motion for leave to file a sur-
2  reply (Doc. #41) is DENIED.
3       IT IS SO ORDERED.
4       DATED this 9th day of April, 2010.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE