# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MELINDA ELLIS, individually and on behalf of all others simiarly situated, ) ) ) Plaintiffs, ) ) vs. ) ) ALESSI TRUSTEE CORPORATION, ) DAVID ANTHONY ALESSI, and ) ALESSI & KOENIG, LLC., ) ) Defendants. ) ) | 3:09-CV-0428-LRH (RAM) **MINUTES OF THE COURT** June 7, 2010 |

PRESENT: <u>THE HONORABLE ROBERT A. McQUAID, JR.</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: <u>JENNIFER COTTER</u>    REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

Plaintiff has filed a Second Motion to Compel Responses to Discovery (Doc. #56). There has been no opposition. LR 7-2(d) provides that "The failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion." Therefore,

Plaintiff's Second Motion to Compel Responses to Discovery (Doc. #56) is **GRANTED**. Defendant Alessi and Koenig, Inc. shall respond to Plaintiff's First Request for Interrogatories without objections within ten (10) days from the date of this order.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By: <u>     /s/                              </u>
       Deputy Clerk