Curtis B. Coulter, Esq.
Nevada State Bar No. 3034
Law Offices of Curtis B. Coulter, P.C.
403 Hill Street
Reno, Nevada, 89501
P: 775 324 3380
F: 775 324 3381

Matthew L. Sharp, Esq.
Nevada State Bar No. 4746
Matthew L. Sharp, Ltd.
432 Ridge Street
Reno, Nevada 89501
P: 775 324 1500
F: 775 284 0675

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MELINDA ELLIS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALESSI TRUSTEE CORPORATION; DAVID ANTHONY ALESSI; and ALESSI & KOENIG, LLC.; and DOES I through XX,<br><br>Defendants. | Case No.: 3:09-cv-00428-LRH-RAM<br><br>**MOTION TO WITHDRAW AND MOTION TO STAY PROCEEDINGS**<br><br>Trial Date: Not Set |

COMES NOW, Curtis B. Coulter and Matthew L. Sharp, counsel for the Plaintiff, Melinda Ellis, hereby motion the Court to withdraw.

## I. MOTION TO WITHDRAW

Plaintiff's counsel has moved to withdraw as counsel on the basis of an ethical conflict pursuant to Nevada Rules of Professional Conduct 7.1, set forth in the affidavits under seal. Given the conflict, the withdrawal is appropriate. At this time, a trial has not

- 1 -

Law Offices of
Curtis B. Coulter
403 Hill Street
Reno, NV 89501
(775) 324-3380
FAX (775) 324-3381

been set. Discovery is open until April 30, 2012. The Plaintiff, Melinda Ellis has been notified of the attorney's intention to withdraw and she has been advised to seek substitute counsel. The Plaintiff therefore, has reasonable notice of the intent to withdraw. The Plaintiff also has reasonable time to employ other counsel. Counsel for the Plaintiff has agreed to surrender all papers and property to which the client may be entitled. The Plaintiff has not paid any fee or expenses associated with this case. In addition, the undersigned files under seal the Affidavit of Curtis B. Coulter, and Matthew L. Sharp, in further support of this Motion to Withdraw.

## II. MOTION TO STAY

Courts have the power to stay on going proceedings "incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. North American Co.*, 299 U.S. 248, 255 (1936). When there is independent proceeding related to a matter before the court, the court may "find it efficient for its own docket and the fairest course for the parties to enter a stay of an action before it, pending resolution of independent proceeding which may bear upon the case." *Mediterranean Enterprises, Inc., v. SSangyong Corp.*, 708 F.2d. 1458, 1465 (9th Cir. 1983).

In determining whether a stay is appropriate, the court must weigh various competing interest, including the possible damage which may result from granting the stay, the hardship to the parties of the suit is allowed to proceed, and the orderly course of justice measured in terms of the simplifying or complicating of issues, proof, and questions of law which it could be expected to result from a stay. *Lockyer v. Myrant Corp.*, 398 F.3d 1098, 1110 (9th Cir. 2005).

Based on the pleadings and papers in this Motion, good cause appears to both

- 2 -

grant the Motion to Withdraw and grant the Motion to Stay, allowing Melinda Ellis time to obtain additional counsel. It is respectfully requested that Mrs. Ellis be allowed sixty (60) days to obtain substitute counsel.

### III.   CONCLUSION

Counsel for the putative Class Representative respectfully requests this Court grant the Motion to Withdraw and Motion to Stay Proceedings.

RESPECTFULLY SUBMITTED.

Dated: 1-30-12

_____
CURTIS B. COULTER, ESQ.
Nevada State Bar No.: 3034
Law Offices Of Curtis B. Coulter, P.C.
403 Hill Street
Reno, Nevada, 89501

Dated: 1-30-12

_____
MATTHEW L. SHARP, ESQ.
Nevada Bar No.: 4746
Matthew L. Sharp, Ltd.
432 Ridge Street
Reno, Nevada 89501

*Attorneys for Plaintiff*

Law Offices of
Curtis B. Coulter
403 Hill Street
Reno, NV 89501
(775) 324-3380
FAX (775) 324-3381

- 3 -

**CERTIFICATE OF SERVICE**

I hereby certify that on ___30TH___ day of January 2012, I electronically filed the foregoing Motion to Withdraw and Motion to Stay with the Clerk of the Court for the United States District Court, District of Nevada, by using the CM/ECF system which will send email notification to the following counsel of record:

Thomas J. Bayard    (tjb@alessibayard.com)

Robert Allen Koenig (raklaw99@sbcglobal.net)

Michael R. Fostakowsky    (mrf@alessibayard.com)

_____/s/ Irene Sanchez_____
Employee of Curtis B. Coulter, Esq.

Law Offices of
Curtis B. Coulter
403 Hill Street
Reno, NV 89501
(775) 324-3380
FAX (775) 324-3381

- 4 -