UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

MELINDA ELLIS,

       Plaintiff,

v.

ALESSI TRUSTEE CORPORATION; et al.,

       Defendants.

3:09-CV-0428-LRH-RAM

ORDER

      Before the court are plaintiff Melinda Ellis's ("Ellis") motion to withdraw (Doc. #94[1]) and motion to stay proceedings (Doc. #95).

      Ellis's counsel, attorneys Curtis B. Coulter and Matthew L. Sharp, have requested to be removed as counsel of record in this action based on an underlying conflict of interest. *See* Doc. #94. The court has reviewed the motion, as well as the attached affidavits of counsel, and finds that there is good cause to grant the motion.

      Further, Ellis's counsel has requested a stay of the action, and Ellis's response to the pending motion for summary judgment, to allow Ellis to find substitute counsel. The court likewise finds good cause to grant this request and stay the action for a short period of time.

///

---

[1] Refers to the court's docket number.

1    IT IS THEREFORE ORDERED that plaintiff's motion to withdraw (Doc. #94) is
2 GRANTED. Attorneys Curtis B. Coulter and Matthew L. Sharp are removed as counsel of record
3 for plaintiff Melinda Ellis.
4    IT IS FURTHER ORDERED that plaintiff's motion to stay (Doc. #95) is GRANTED.
5 Plaintiff Melinda Ellis shall have thirty (30) days from entry of this order to obtain substitute
6 counsel and file a notice of substitute counsel with the court, or of her intention to proceed pro se in
7 this matter. This action, along with plaintiff's response to the pending motion for summary
8 judgment, is STAYED pending further order from this court.
9    IT IS SO ORDERED.
10    DATED this 7th day of May, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2