UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MELINDA ELLIS, | ) |
| Plaintiff, | ) 3:09-CV-0428-LRH-RAM |
| v. | ) |
| ALESSI TRUSTEE CORPORATION; et al., | ) ORDER |
| Defendants. | ) |

Before the court is plaintiff Melinda Ellis's ("Ellis") motion to extend time to find substitute counsel. Doc. #107.

On, May 7, 2012, the court granted Ellis thirty days to find substitute counsel. Doc. #104. On June 7, 2012, Ellis notified the court that she had been unable to find new counsel and filed the present motion requesting another ninety days. Doc. #107.

The court finds that there is good cause to grant Ellis an additional amount of time to find counsel but notes that this action has been pending for over three years and that there is a pending motion for summary judgment filed by defendants (Doc. #91) that is still awaiting Ellis's opposition. Therefore, the court shall grant Ellis additional leave to seek counsel, but in doing so the court shall also set a firm date for the opposition to the motion for summary judgment.

///

///

IT IS THEREFORE ORDERED that plaintiff's motion to extend time (Doc. #107) is GRANTED. Plaintiff Melinda Ellis shall have until August 15, 2012, to obtain substitute counsel and file a notice of substitute counsel with the court. If plaintiff does not obtain counsel by that date, plaintiff shall file a notice with the court of her intention to proceed pro se in this matter or voluntarily dismiss this action without prejudice.

IT IS FURTHER ORDERED that plaintiff's response to defendants' motion for summary judgment (Doc. #91) is due no later than August 31, 2012.

IT IS SO ORDERED.

DATED this 26th day of July, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE