UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| MELINDA ELLIS, | ) | 3:09-CV-00428-LRH-WGC |
| Plaintiff, | ) | |
| v. | ) | MINUTE ORDER |
| ALESSI TRUSTEE CORPORATION; *et al.*, | ) | |
| Defendants. | ) | February 7, 2013 |

PRESENT:  THE HONORABLE LARRY R. HICKS, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK:   NONE APPEARING        REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):        NONE APPEARING

COUNSEL FOR DEFENDANT(S):        NONE APPEARING

**MINUTE ORDER IN CHAMBERS**:

Before the court is Plaintiff's Ex Parte Emergency Motion for Order to Shorten Time, in Response to Plaintiff's Motion for Partial Summary Judgment (#117)[1].

The court finds that a shortened briefing schedule on a motion for summary judgment would not benefit either the upcoming settlement conference or the court in analyzing the motion itself.

IT IS THEREFORE ORDERED that Plaintiff's Ex Parte Emergency Motion for Order to Shorten Time, in Response to Plaintiff's Motion for Partial Summary Judgment (#117) is DENIED.

IT IS SO ORDERED.

LANCE S. WILSON, CLERK

By:        /s/
         Deputy Clerk

---

[1] Refers to court's docket number.