# UNITED STATES FEDERAL DISTRICT COURT
## FOR THE DISTRICT OF NEVADA - NORTHERN DIVISION

| | |
|---|---|
| MELINDA ELLIS, individually and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>vs.<br><br>ALESSI TRUSTEE CORPORATION; DAVID ANTHONY ALESSI; and ALESSI & KOENIG, LLC.; and DOES I through XX,<br><br>Defendant(s). | Case No. 3:09-cv-428<br><br><br>ORDER |
| ARROWCREEK HOMEOWNERS ASSOCIATION; ASSOCIATED MANAGEMENT, INC.; ALESSI TRUSTEE CORPORATION; ALESSI & KOENIG, LLC,<br><br>Counter Claimants,<br><br>vs.<br><br>MELINDA ELLIS, and DOES I through XX,<br><br>Counter Defendants. | |

**ORDER**

Based upon the Stipulation of the parties and good cause appearing,

IT IS HEREBY ORDERED that the Defendant may file a sur-reply in connection to Plaintiff's Motion for Partial Summary Judgment that was filed on February 5, 2013. The sur-reply shall be due by Friday, April, 19, 2013.

DATED this  9th  day of  April , 2013.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE