AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

*****    DISTRICT OF    NEVADA

MELINDA ELLIS,

      Plaintiff,        JUDGMENT IN A CIVIL CASE

V.

      CASE NUMBER:    3:09-cv-00428-LRH-WGC

ALESSI TRUSTEE
CORPORATION, et al.,

      Defendant(s).

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of plaintiff Melinda Ellis and against defendants Alessi Trustee Corporation and Alessi & Koenig, LLC on plaintiff's second cause of action for violation of the Fair Debt Collection Practices Act.

June 7, 2013                                             **LANCE S. WILSON**
                                                                       Clerk

                                                                        /s/ K. Rusin
                                                                        Deputy Clerk