Mark J. Bourassa, Esq.
Nevada Bar No. 07999
Trent L. Richards, Esq.
Nevada Bar No. 11448
**THE BOURASSA LAW GROUP, LLC**
8668 Spring Mountain Road, Suite 101
Las Vegas, NV 89117
Telephone:    (702) 851-2180
Facsimile:    (702) 851-2189
Email:    mbourassa@bourassalawgroup.com
          trichards@bourassalawgroup.com
Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MELINDA ELLIS, individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ALESSI TRUSTEE CORPORATION; DAVID ANTHONY ALESSI; and ALESSI & KOENIG, LLC.; and DOES I through XX,<br><br>Defendant(s). | CASE NO.  3:09-cv-00428-LRH-WGC<br><br>**PLAINTIFF'S LIST OF TRIAL EXHIBITS** |

Plaintiff, MELINDA ELLIS ("Plaintiff"), by and through her attorneys, Mark J. Bourassa, Esq. and Trent L. Richards, Esq. of THE BOURASSA LAW GROUP, LLC, hereby submits her list of trial exhibits as follows:

///

///

///

///

| Exh. | Witness | Description | Date Marked | Date Admitted |
|---|---|---|---|---|
| 1. | | Trustee's Sale Guarantee dated 11.19.08 re Broken Feather | | |
| 2. | | Authorization to Conduct Non-Judicial Foreclosure re Flowering Sage | | |
| 3. | | Notice of Trustee Sale dated 04.30.08 re Flowering Sage | | |
| 4. | | Notice of Trustee's Sale dated 05.09.08 re Broken Feather | | |
| 5. | | Notice of Default and Election to Sell Under Homeowners Association Lien dated 02.03.08 re Broken Feather | | |
| 6. | | Notice of Default and Election to Sell Under Homeowners Association Lien dated 02.03.08 re Flowering Sage | | |
| 7. | | Notice of Delinquent Assessment (Lien) dated 06.01.07 re Broken Feather | | |
| 8. | | Notice of Delinquent Assessment (Lien) dated 06.01.07 re Flowering Sage | | |
| 9. | | Facsimile Cover Letter dated 04.16.08 re Broken Feather | | |
| 10. | | Letter from ATC to Ellis re payment plan dated 04.16.08 | | |
| 11. | | Statement of Account dated 04.10.08 re Broken Feather | | |
| 12. | | Facsimile Cover Letter dated 05.23.08 re Broken Feather | | |
| 13. | | Release of Notice of Delinquent Assessment Lien dated 12.12.08 re Broken Feather | | |
| 14. | | Release of Notice of Delinquent Assessment Lien dated 12.12.08 re Flowering Sage | | |
| 15. | | Order to Cease and Desist Activities dated 09.12.08 | | |
| 16. | | Facsimile Cover Letter dated 07.28.09 re Flowering Sage | | |
| 17. | | Payment History Report dated 04.30.10 re Flowering Sage | | |
| 18. | | Email between Ellis and Aileen Ruiz re account history | | |
| 19. | | Alessi Trustee Corporation website screenshots | | |
| 20. | | Alessi & Koenig schedule of fees | | |

| Exh. | Witness | Description | Date Marked | Date Admitted |
|---|---|---|---|---|
| 21. | | Copies of Ellis payments | | |
| 22. | | Payment History Report dated 07.29.10 re Broken Feather | | |
| 23. | | Financial Transactions dated 07.29.10 re Flowering Sage | | |
| 24. | | Notice of Violation (Lien) dated 11.20.08 | | |
| 25. | | Notice of Delinquent Assessment (Lien) dated 11.20.08 re Broken Feather | | |
| 26. | | Notice of Delinquent Assessment (Lien) dated 11.20.08 re Flowering Sage | | |
| 27. | | Notice of Default and Election to Sell Under Homeowners Association Lien dated 11.17.08 re Flowering Sage | | |
| 28. | | Letter from Alessi & Koenig to Ellis dated 11.20.08 re Flowering Sage | | |
| 29. | | Notice of Default and Election to Sell Under Homeowners Association Lien dated 11.18.08 re Broken Feather | | |
| 30. | | Letter from Alessi & Koenig to Ellis dated 11.20.08 re Broken Feather | | |
| 31. | | Letter from Alessi & Koenig to Ellis dated 11.20.08 re Broken Feather | | |
| 32. | | Letter from Alessi & Koenig to Ellis dated 07.07.09 re Flowering Sage | | |
| 33. | | Letter from Ellis to Alessi & Koenig dated 07.22.09 | | |
| 34. | | Facsimile Cover Letter dated 07.31.09 re Flowering Sage | | |
| 35. | | Financial Transactions dated 07.31.09 re Flowering Sage | | |
| 36. | | Facsimile Cover Letter dated 12.09.09 re Broken Feather | | |
| 37. | | Facsimile Cover Letter dated 12.09.09 re Flowering Sage | | |
| 38. | | Notice of Default and Election to Sell Under Homeowners Association Lien dated 12.04.12 re Broken Feather | | |
| 39. | | Notice of Rescission of Notice of Default dated 03.14.13 re Broken Feather | | |
| 40. | | Notice of Default and Election to Sell Under Homeowners Association Lien dated 03.18.13 re Broken Feather | | |
| 41. | | Notice of Default and Election to Sell | | |

| Exh. | Witness | Description | Date Marked | Date Admitted |
|---|---|---|---|---|
|  |  | Under Homeowners Association Lien dated 06.28.13 re Broken Feather |  |  |
| 42. |  | Notice of Delinquent Assessment (Lien) dated 08.19.13 re Broken Feather |  |  |
| 43. |  | Trustee's Sale Guarantee dated 02.06.08 re Broken Feather |  |  |
| 44. |  | Financial Transactions dated 07.25.07 re Flowering Sage |  |  |
| 45. |  | Financial Transactions dated 04.25.07 re Flowering Sage |  |  |
| 46. |  | Account History Report dated 02.22.13 re Broken Feather |  |  |
| 47. |  | Account History Report dated 08.05.13 re Flowering Sage |  |  |
| 48. |  | HOA Collection Checklist dated 05.03.07 re Flowering Sage |  |  |
| 49. |  | Financial Transactions dated 04.25.07 re Flowering Sage |  |  |
| 50. |  | Balance Summary dated 05.23.08 |  |  |
| 51. |  | Alessi Trustee Log Sheet dated 05.03.07 |  |  |
| 52. |  | Alessi Trustee Log Sheet dated 02.03.08 |  |  |
| 53. |  | Notice of Intent to Lien dated 05.11.07 |  |  |
| 54. |  | Notice of Intent to Violation Lien dated 05.11.07 |  |  |
| 55. |  | Facsimile Cover Letter dated 05.23.08 re Broken Feather |  |  |

Plaintiff reserves the right to use, at trial, any documents produced by any party. Plaintiff further reserves the right to use, at trial, any documents produced as necessary for rebuttal and impeachment.

Respectfully submitted this 13th day of January, 2015.

THE BOURASSA LAW GROUP, LLC

MARK J. BOURASSA, ESQ.
Nevada Bar No. 7999
TRENT L. RICHARDS, ESQ.
Nevada Bar No. 11448
8668 Spring Mountain Rd, Suite 101
Las Vegas NV 89117
Attorneys for Plaintiff

-4-