Mark J. Bourassa (SBN 7999)
**THE BOURASSA LAW GROUP, LLC**
8668 Spring Mountain Road, Suite 101
Las Vegas, NV 89117
Telephone:	(702) 851-2180
Facsimile:	(702) 851-2189
Email:	mbourassa@bourassalawgroup.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MELINDA ELLIS, individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ALESSI TRUSTEE CORPORATION; DAVID ANTHONY ALESSI; and ALESSI & KOENIG, LLC.; and DOES I through XX,<br><br>Defendant(s). | CASE NO. 3:09-cv-00428-LRH-WGC<br><br>**PLAINTIFF'S PROPOSED *VOIR DIRE* QUESTIONS** |

Plaintiff MELINDA ELLIS ("Plaintiff"), by and through her attorneys, Mark J. Bourassa, Esq. and Trent L. Richards, Esq. of THE BOURASSA LAW GROUP, LLC, hereby submits her proposed *voir dire* questions, attached hereto as Exhibit 1.

Dated the 13th day of January 2015.

THE BOURASSA LAW GROUP, LLC

/s/ Mark J. Bourassa

MARK J. BOURASSA, ESQ.
Nevada Bar No. 7999
TRENT L. RICHARDS, ESQ.
Nevada Bar No. 11448
8668 Spring Mountain Road, Suite 101
Las Vegas, Nevada 89117
Telephone: (702) 851-2180
Facsimile: (702) 851-2189

## **Plaintiff's *Voir Dire* Questions**

1. This trial is expected to last 2-3 days. Does anyone have a medical reason or personal hardship that would make it difficult to serve as a juror in this case?

2. Do you have any business, vacations, or anything pressing in your personal life that might hinder your ability to serve on this jury or cause you to rush the decision making in the jury room? If so, what?

3. Are any of you taking any medication, or suffer from any medical conditions, that might make it difficult to pay attention or concentrate for long periods of time?

4. Does anyone have difficulty reading, hearing or understanding the English language?

5. Does anyone have any religious or philosophical beliefs that would make it difficult to serve as a juror?

6. Has anyone here ever served in the military? If so, explain.

7. Has anyone ever been convicted of a felony? If so, what?

8. Are any criminal charges now pending against any of you? If so, what?

9. Does anyone know or has anyone dealt with the Plaintiffs, the Defendants or their attorneys? If yes, please identify the person you know or have dealt with, and the nature of your relationship.

10. Does anyone know, or has anyone had any business dealings with any of the witnesses who have been identified by counsel? If yes, please identify the person you know or have dealt with and the nature of your relationship.

11. Has anyone here previously served as a juror either in a criminal or civil case? If yes, has your previous experience as a juror affected your ability to be fair to all sides in the case?

12. Has anyone here served as either a state or federal grand juror? If yes, has your previous experience as a grand juror affected your ability to be fair to all sides in the case?

13. In the eyes of the law, all parties, whether individuals or corporations, are to be treated alike. All parties are entitled to the same honest, fair and impartial treatment. If selected

to serve as a juror in this case, do you feel that you can be fair to both sides in a lawsuit that involves an individual on one side and a company or corporation on the other?

14. Does anyone know of any reason he or she may be prejudiced for or against the plaintiffs or defendants because of the nature of the case or otherwise?

15. Is anyone here an attorney, married to an attorney, judge or judicial officer or in a substantial relationship with an attorney, judge or judicial officer? Has anyone here studied law, or worked in a law office? Notwithstanding what you feel the law is or should be on a particular subject, will you apply the law as I give it to you at the end of this case?

16. Has anyone here ever worked for a collection agency or a homeowners association? Explain.

17. Does anyone here, because of the nature of your employment, feel that you may not be able to judge this case impartially?

18. Has anyone here ever been contacted by a collection agency concerning a debt?

19. Does anyone here live in, or has owned a home subject to, a homeowners association?

20. If you are selected as a juror, do you pledge that you will base your decision on the facts as presented in this trial and not on any past experience or prior opinions you might have about the subject matter of this case?

21. Each potential juror is asked to state:

    a. His or her full name and area of residence;
    b. How long he or she has been a resident of the State of Nevada ;
    c. His or her occupation;
    d. If retired, what his or her occupation was before retirement;
    e. Marital status (single, married, divorced, etc);
    f. If married, spouse's name and occupation;
    g. Respective ages and occupations of any children; and
    h. If a relative (other than a spouse or a child), friend, or roommate lives in the same household, that person's occupation.

22. Is there anything else the Judge and attorneys should know about you in relation to serving on this jury?