Mark J. Bourassa (SBN 7999)
**THE BOURASSA LAW GROUP, LLC**
8668 Spring Mountain Road, Suite 101
Las Vegas, NV 89117
Telephone: (702) 851-2180
Facsimile: (702) 851-2189
Email: mbourassa@bourassalawgroup.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MELINDA ELLIS, individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ALESSI TRUSTEE CORPORATION; DAVID ANTHONY ALESSI; and ALESSI & KOENIG, LLC.; and DOES I through XX,<br><br>Defendant(s). | CASE NO. 3:09-cv-00428-LRH-WGC<br><br>**PLAINTIFF'S PROPOSED JURY INSTRUCTIONS** |

Plaintiff MELINDA ELLIS ("Plaintiff"), by and through her attorneys, Mark J. Bourassa, Esq. and Trent L. Richards, Esq. of THE BOURASSA LAW GROUP, LLC, hereby submits her proposed jury instructions, attached hereto as Exhibit 1 with cites, and attached hereto as Exhibit 2 without cites.

Dated the 13th day of January 2015.

THE BOURASSA LAW GROUP, LLC

MARK J. BOURASSA, ESQ. (7999)
TRENT L. RICHARDS, ESQ. (11448)
8668 Spring Mountain Road, Suite 101
Las Vegas, Nevada 89117
Telephone: (702) 851-2180
Facsimile: (702) 851-2189

-1-