MARK J. BOURASSA, ESQ.
Nevada Bar No. 7999
TRENT L. RICHARDS, ESQ.
Nevada Bar No. 11448
**THE BOURASSA LAW GROUP, LLC**
8668 Spring Mountain Rd., Suite 101
Las Vegas, Nevada 89117
Tel: (702) 851-2180
Fax: (702) 851-2189
Email: mbourassa@bourassalawgroup.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MELINDA ELLIS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ALESSI TRUSTEE CORPORATION; DAVID ANTHONY ALESSI; and ALESSI & KOENIG, LLC; and DOES I through XX,<br><br>Defendant. | Case No.: 3:09-cv-00428-LRH-WGC<br><br>**NOTICE OF APPEARANCE OF COUNSEL** |

## NOTICE OF APPEARANCE OF COUNSEL

COMES NOW, Plaintiff MELINDA ELLIS, by and through her attorneys of record, Trent L. Richards, Esq. of THE BOURASSA LAW GROUP, LLC, and makes this Notice of their Appearance of counsel of record in this matter.

DATED the 16th day of January, 2015.

THE BOURASSA LAW GROUP, LLC

TRENT L. RICHARDS, ESQ.
Nevada Bar No. 11448
8668 Spring Mountain Rd, Suite 101
Las Vegas NV 89117
Attorneys for Plaintiff

- 1 -

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing **NOTICE OF APPEARANCE** was electronically filed this 16th day of January 2015, and is available for viewing and downloading from the ECF System of the United States District Court for the District of Nevada.

The undersigned further certifies that a true and correct copy of the foregoing document was served by mailing a copy thereof, first class mail, postage prepaid, this 16th day of January 2015 as follows:

Robert A. Koenig, Esq.
Alessi & Koenig, LLC
9500 W Flamingo, Suite 100
Las Vegas NV 89147

Tom Bayard, Esq.
David Alessi, Esq.
Alessi & Bayard
556 N Diamond Bar Blvd,, Suite 300
Diamond Bar, CA  91765

/s/ Hilary Steward
An employee of
The Bourassa Law Group, LLC