UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

MELINDA ELLIS,

    Plaintiff,

v.

ALESSI TRUSTEE CORPORATION; *et al.*,

    Defendants.

3:09-CV-0428-LRH-WGC

ORDER

Before the court is plaintiff Melinda Ellis's ("Ellis") motion to strike defendants' statement of the case (Doc. #173). Doc. #174.

On January 13, 2015, defendants filed a copy of statement of the case with the court rather than submitting a copy to the courtroom deputy clerk as required by the court's pretrial order. *See* Doc. #154. Although defendants did not specifically comply with the pretrial order, both plaintiff Ellis and the court have received defendants' statement of the case in a timely manner. Therefore, the court finds that Ellis was not prejudiced by defendants' conduct and shall deny her motion accordingly.

IT IS THEREFORE ORDERED that plaintiff's motion to strike (Doc. #174) is DENIED.

IT IS SO ORDERED.

DATED this 16th day of January, 2015.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE