UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

MELINDA ELLIS,  )   CASE NO. 3:09-cv-428-LRH-WGC
                )
Plaintiff,      )   PLAINTIFF'S EXHIBIT LIST
                )
vs.             )
                )
ALESSI TRUSTEE CORPORATION; et al.)
                )
    Defendant(s). )
_____)

✓ FILED   ___ RECEIVED
___ ENTERED   ___ SERVED ON
              COUNSEL/PARTIES OF RECORD

JAN 26 2014

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

| Exh. | Witness | Description | Date Marked | Date Admitted |
|---|---|---|---|---|
| 1. | | Trustee's Sale Guarantee dated 11.19.08 re Broken Feather | | |
| 2. | | Authorization to Conduct Non-Judicial Foreclosure re Flowering Sage | | |
| 3. | Melinda Ellis David Alessi | Notice of Trustee Sale dated 04.30.08 re Flowering Sage | 1/20/15 | 1/20/15 Page 1 1/22/15 Page 2 |
| 4. | Melinda Ellis | Notice of Trustee's Sale dated 05.09.08 re Broken Feather | 1/20/15 | 1/20/15 |
| 5. | Melinda Ellis | Notice of Default and Election to Sell Under Homeowners Association Lien dated 02.03.08 re Broken Feather | 1/20/15 | 1/20/15 |
| 6. | Melinda Ellis | Notice of Default and Election to Sell Under Homeowners Association Lien dated 02.03.08 re Flowering Sage | 1/20/15 | 1/20/15 With instruction |
| 7. | Melinda Ellis | Notice of Delinquent Assessment (Lien) dated 06.01.07 re Broken Feather | 1/20/15 | 1/20/15 |
| 8. | Melinda Ellis | Notice of Delinquent Assessment (Lien) dated 06.01.07 re Flowering Sage | 1/20/15 | 1/20/15 Page 1 |
| 9. | Melinda Ellis | Facsimile Cover Letter dated 04.16.08 re Broken Feather | 1/20/15 | 1/20/15 |
| 10. | Melinda Ellis | Letter from ATC to Ellis re payment plan dated 04.16.08 | 1/20/15 | 1/20/15 |
| 11. | | Statement of Account dated 04.10.08 re Broken Feather | | |
| 12. | Melinda Ellis | Facsimile Cover Letter dated 05.23.08 re Broken Feather | 1/20/15 | 1/20/15 Page 1 |
| 13. | | Release of Notice of Delinquent Assessment Lien dated 12.12.08 re Broken Feather | | |
| 14. | Melinda Ellis | Release of Notice of Delinquent Assessment Lien dated 12.12.08 re Flowering Sage | 1/20/15 | 1/20/15 |
| 15. | | Order to Cease and Desist Activities dated 09.12.08 | | |
| 16. | Melinda Ellis | Facsimile Cover Letter dated 07.28.09 re Flowering Sage | 1/20/15 | 1/20/15 |
| 17. | | Payment History Report dated 04.30.10 re Flowering Sage | | |
| 18. | Melinda Ellis | Email between Ellis and Aileen Ruiz re account history | 1/20/15 | 1/21/15 |
| 19. | Melinda Ellis | Alessi Trustee Corporation website | 1/21/15 | 1/21/15 |

| Exh. | Witness | Description | Date Marked | Date Admitted |
|---|---|---|---|---|
| | | screenshots | | |
| 20. | David Alessi | Alessi & Koenig schedule of fees | 1/22/15 | 1/22/15 Page 3 |
| 21. | Melinda Ellis | Copies of Ellis payments | 1/20/15 | 1/21/15 |
| 22. | David Alessi | Payment History Report dated 07.29.10 re Broken Feather | 1/22/15 | 1/22/15 |
| 23. | David Alessi | Financial Transactions dated 07.29.10 re Flowering Sage | 1/22/15 | 1/22/15 |
| 24. | | Notice of Violation (Lien) dated 11.20.08 | | |
| 25. | Melinda Ellis | Notice of Delinquent Assessment (Lien) dated 11.20.08 re Broken Feather | 1/20/15 | 1/20/15 |
| 26. | Melinda Ellis | Notice of Delinquent Assessment (Lien) dated 11.20.08 re Flowering Sage | 1/20/15 | 1/20/15 |
| 27. | Melinda Ellis | Notice of Default and Election to Sell Under Homeowners Association Lien dated 11.17.08 re Flowering Sage | 1/20/15 | 1/20/15 |
| 28. | David Alessi | Letter from Alessi & Koenig to Ellis dated 11.20.08 re Flowering Sage | 1/22/15 | 1/22/15 |
| 29. | Melinda Ellis | Notice of Default and Election to Sell Under Homeowners Association Lien dated 11.18.08 re Broken Feather | 1/20/15 | 1/20/15 2 pages |
| 30. | David Alessi | Letter from Alessi & Koenig to Ellis dated 11.20.08 re Broken Feather | 1/22/15 | 1/22/15 |
| 31. | David Alessi | Letter from Alessi & Koenig to Ellis dated 11.20.08 re Broken Feather | 1/22/15 | 1/22/15 |
| 32. | Melinda Ellis | Letter from Alessi & Koenig to Ellis dated 07.07.09 re Flowering Sage | 1/20/15 | 1/20/15 |
| 33. | David Alessi | Letter from Ellis to Alessi & Koenig dated 07.22.09 | 1/22/15 | 1/22/15 |
| 34. | Melinda Ellis | Facsimile Cover Letter dated 07.31.09 re Flowering Sage | 1/20/15 | 1/20/15 |
| 35. | | Financial Transactions dated 07.31.09 re Flowering Sage | | |
| 36. | Melinda Ellis | Facsimile Cover Letter dated 12.09.09 re Broken Feather | 1/20/15 | 1/21/15 |
| 37. | Melinda Ellis | Facsimile Cover Letter dated 12.09.09 re Flowering Sage | 1/20/15 | 1/21/15 |
| 38. | Melinda Ellis | Notice of Default and Election to Sell Under Homeowners Association Lien dated 12.04.12 re Broken Feather | 1/20/15 | 1/20/15 |
| 39. | | Notice of Rescission of Notice of Default dated 03.14.13 re Broken Feather | | |
| 40. | Melinda Ellis | Notice of Default and Election to Sell | 1/20/15 | 1/20/15 |

| Exh. | Witness | Description | Date Marked | Date Admitted |
|---|---|---|---|---|
| | | Under Homeowners Association Lien dated 03.18.13 re Broken Feather | | |
| 41. | Melinda Ellis | Notice of Default and Election to Sell Under Homeowners Association Lien dated 06.28.13 re Broken Feather | 1/20/15 | 1/20/15 |
| 42. | Melinda Ellis | Notice of Delinquent Assessment (Lien) dated 08.19.13 re Broken Feather | 1/20/15 | 1/20/15 |
| 43. | | Trustee's Sale Guarantee dated 02.06.08 re Broken Feather | | |
| 44. | | Financial Transactions dated 07.25.07 re Flowering Sage | | |
| 45. | | Financial Transactions dated 04.25.07 re Flowering Sage | | |
| 46. | | Account History Report dated 02.22.13 re Broken Feather | | |
| 47. | | Account History Report dated 08.05.13 re Flowering Sage | | |
| 48. | | HOA Collection Checklist dated 05.03.07 re Flowering Sage | | |
| 49. | | Financial Transactions dated 04.25.07 re Flowering Sage | | |
| 50. | | Balance Summary dated 05.23.08 | | |
| 51. | | Alessi Trustee Log Sheet dated 05.03.07 | | |
| 52. | | Alessi Trustee Log Sheet dated 02.03.08 | | |
| 53. | Melinda Ellis | Notice of Intent to Lien dated 05.11.07 | 1/21/15 | 1/21/15 |
| 54. | | Notice of Intent to Violation Lien dated 05.11.07 | | |
| 55. | | Facsimile Cover Letter dated 05.23.08 re Broken Feather | | |
| 56. | Melinda Ellis | Front of Check dated | 1/20/15 | 1/20/15 |
| 57. | Melinda Ellis | Back of Check dated | 1/20/15 | 1/20/15 |
| 58. | Melinda Ellis | Letter from Melinda Ellis to Tarantino | 1/20/15 | 1/20/15 |
| 59. | Melinda Ellis | Check dated 6/24/15 | 1/20/15 | 1/20/15 |
| 60. | Melinda Ellis | 5/12/08 Letter from Melinda Ellis to Tarantino | 1/21/15 | 1/21/15 |
| 61. | Melinda Ellis David Alessi | Letter from Coulter to Alessi 5/15/08 | 1/21/15 | 1/22/15 |
| 62. | Melinda Ellis | 5/16/08 Letter from Melinda Ellis to Tarantino | 1/21/15 | 1/21/15 |
| 63. | Melinda Ellis | Fax to | 1/21/15 | 1/21/15 |
| 64. | Melinda Ellis | NV Dept. of Real Estate Arbitration Award | 1/21/15 | Not admitted |
| 65 | David Alessi | NRED Opinion | 1/22/15 | Not |

| Exh. | Witness | Description | Date Marked | Date Admitted |
|---|---|---|---|---|
|  |  |  |  | admitted |
| 66 | David Alessi | NAC 116.470 | 1/21/15 | 1/21/15 |
| 67 | David Alessi | NAC 116A.345 | 1/21/15 | 1/21/15 |
| 68 | David Alessi | NRS 649.375 | 1/22/15 | 1/22/15 |
| 69 | David Alessi | 15 U.S.C. 1692e | 1/22/15 | 1/22/15 |
| 70 | David Alessi | Unfair practices 15 USC 1692f | 1/21/15 | 1/21/15 |
| 71 | David Alessi | Validation of debts 15 USC 1692g | 1/21/15 | 1/21/15 |
| 72 | David Alessi | NRS 649.334 | 1/22/15 | 1/22/15 |
| 73 | David Alessi | Facsimile Cover Letter to: Tom Bayard dated 12/27/12 | 1/21/15 | 1/21/15 |
| 74 | David Alessi | Rules of Professional Responsibility | 1/22/15 | 1/22/15 |