# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MELINDA ELLIS, | |
| Plaintiff, | 3:09-CV-0428-LRH-WGC |
| v. | |
| ALESSI TRUSTEE CORPORATION; *et al.*, | ORDER |
| Defendants. | |

On June 6, 2013, the Court granted Plaintiff Melinda Ellis' ("Ellis") Motion for Summary Judgment on her claim that Defendants Alessi Trustee Corporation and Alessi & Koenig, LLC ("Alessi") violated the Fair Debt Collection Practices Act ("FDCPA"). Doc. #141. At trial, the Jury awarded Ellis $1000 in statutory damages and $25,000 in compensatory damages from both Alessi Trustee Corporation and Alessi & Koenig, LLC for violations of the FDCPA.

In addition to statutory and actual damages, the FDCPA entitles a successful plaintiff to an award of reasonable attorney's fees as determined by the Court. 15 U.S.C. § 1692k(a)(3). Assuming Ellis intends to seek an award of attorney's fees, any such motion shall be filed on or

///

///

///

///

before February 25, 2015. Ellis shall comply with Local Rule 54-16 in filing such a motion. Alessi shall file any response within two weeks of Ellis' motion. Ellis may file a reply within one week of Alessi's response.

    IT IS SO ORDERED.

    DATED this 10th day of February, 2015.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE