# EXHIBIT 3

# EXHIBIT 3

AO 133   (Rev. 12/09)  Bill of Costs

# UNITED STATES DISTRICT COURT

for the

District of Nevada

| | | |
|---|---|---|
| MELINDA ELLIS | ) | |
| | ) | |
| v. | ) | Case No.: 3:09-cv-00428-LRH-WGC |
| | ) | |
| ALESSI TRUSTEE CORPORATION, et al. | ) | |

## BILL OF COSTS

A Verdict having been entered in the above entitled action on _____01/26/2015_____ against ___Defendants___ ,
                                                                    Date

the Clerk is requested to tax the following as costs:

| | | |
|---|---|---:|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 473.00 |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 933.80 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | | |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 4,102.20 |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | | |
| Other costs *(please itemize)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 17,147.04 |
| | TOTAL   $ | 22,656.04 |

*SPECIAL NOTE:*  Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill has been served on all parties in the following manner:

☑ Electronic service ☐ First class mail, postage prepaid

☐ Other:

s/ Attorney: _____

Name of Attorney: Mark J. Bourassa, Esq.

For: _____Plaintiff Melinda Ellis_____     Date: _____
                 *Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

_____     By: _____     _____
*Clerk of Court*                      *Deputy Clerk*                      *Date*

## ITEMIZED BILL OF COSTS

| Description | Vendor | Law Firm | Amount |
|---|---|---|---|
| Filing Fees | U.S. District Ct. | Bourassa Law | $ 50.00 |
| Filing Fees | U.S. District Ct. | Coulter Law | $ 423.00 |
| Service of Process | | Bourassa Law | $ 163.00 |
| Service of Process | | Coulter Law | $ 770.80 |
| Fees for Copies | Coulter Law | Coulter Law | $ 4,102.20 |
| **Subtotal** | | | **$ 5,509.00** |

### Other costs

| | | | |
|---|---|---|---|
| Arbitration fees | Steven McMorris | Bourassa Law | $ 950.00 |
| Trial presentation fees | Evolve | Bourassa Law | $ 9,998.60 |
| Court Reporting | | Bourassa Law | $ 1,074.50 |
| Court Reporting | | Coulter Law | $ 661.00 |
| Faxes | | Coulter Law | $ 481.00 |
| Electronic legal research | Lexis Nexus | Coulter Law | $ 492.75 |
| Long Distance | | Coulter Law | $ 56.66 |
| Postage | | Bourassa Law | $ 167.81 |
| Postage | | Coulter Law | $ 133.17 |
| Travel | | Bourassa Law | $ 3,131.55 |
| **Subtotal Other Costs** | | | **$17,147.04** |
| **Total Costs** | | | **$22,656.04** |

# THE BOURASSA LAW GROUP, LLC

# COSTS

### The Bourassa Law Group, LLC

8668 Spring Mountain Road
Suite 101
Las Vegas, NV  89117
Telephone: 702-851-2180
Fax: 702-851-2189

February 25, 2015
Invoice No. 4625

Melinda Ellis
1200 Broken Feather Ct
Reno, NV  89511

Client Number:  11700  Melinda Ellis
Matter Number:  XOXO-2535  Ellis, Melinda vs. Alessi & Koenig, LLC & Arrowcre
**For Services Rendered Through 2/25/2015.**

### Cost Detail

| Date | Description | Amount | Check No. |
|------|-------------|--------|-----------|
| 2/27/2013 | Postage | $0.92 | |
| 2/27/2013 | Postage | $0.92 | |
| 3/11/2013 | Postage | $1.72 | |
| 3/11/2013 | Postage | $1.72 | |
| 5/1/2013 | Filing Fee - Nevada Real Estate Division Mediation Request | $50.00 | |
| 5/16/2013 | Postage | $0.92 | |
| 5/16/2013 | Postage | $0.92 | |
| 5/23/2013 | Zane Inv#2013002578; Service of Process - Serving Arrowcreek HOA. | $45.00 | |
| 5/30/2013 | Mileage for appearance. | $6.44 | |
| 9/10/2013 | Postage | $0.46 | |
| 9/10/2013 | Postage | $0.46 | |
| 11/14/201: | Postage | $5.35 | |
| 11/19/201: | Court Reporting - Settlement Conference | $192.50 | |
| 11/22/201: | Postage | $5.05 | |
| 11/22/201: | Postage | $5.05 | |
| 12/20/201: | Arbitrator Fee | $950.00 | |
| 3/4/2014 | Postage | $2.66 | |
| 4/3/2014 | Postage | $0.48 | |
| 5/7/2014 | Travel Expenses MJB travel to Reno for Calendar Call | $239.00 | |
| 9/12/2014 | Postage | $0.48 | |
| 9/23/2014 | Postage | $3.50 | |
| 12/4/2014 | Travel Expenses - Airfare to Reno for Oral Arguments concerning NRED Appeal | $346.20 | |
| 1/13/2015 | Service of Process - Subpoenas to Appear at Trial | $118.00 | |

**Continued On Next Page**

**Client Number:**   11700
**Matter Number:**   XOXO-2535

| | | |
|---|---|---|
| 1/21/2015 | Shipping charges for trial exhibit binders | $137.20 |
| 1/25/2015 | Hotel Room Charges for M. Bourassa & T. Richards to attend trial in Reno. | $1,113.60 |
| 1/25/2015 | Travel Expenses Airfare for M. Bourassa and T. Richards to travel to and from Reno for trial. | $620.30 |
| 1/25/2015 | Travel Expenses Rental car for M. Bourassa and T. Richards while attending trial in Reno. | $217.81 |
| 1/26/2015 | Travel Expenses M. Bourass and to attend Day #5 of trial in Reno, and conclude jury deliberations | $588.20 |
| 1/27/2015 | Consultation - Evolve Trial Services | $9,998.60 |
| 2/20/2015 | Court Reporting - Trial transcript | $882.00 |
| | **Total Costs** | **$15,535.46** |

| | |
|---|---|
| **Prior Balance:** | $0.00 |
| **Payments Received:** | $0.00 |
| **Unpaid Prior Balance:** | $0.00 |
| **Advanced Costs:** | $15,535.46 |
| **TOTAL AMOUNT DUE:** | **$15,535.46** |

Thank You for Letting Us Serve You.
Payment Due Upon Receipt.

come and
OUT PLay

**219 North Center St**
**Reno, NV 89501**
**(775) 786-3232**

Name: MARK          BOURASSA

Address: 1430 2ND ST
COLUMBIA CITY   OR 97018-8717
US

Convention Code:

Room: WS 1908
Arrive: 1/19/15
Depart: 1/23/15
Persons: 1
Deposit Amt:
Reservation ID: 420176631502
Guest Folio ID: 420226807526

| DATE | REFERENCE | DESCRIPTION | TKT# | S | AMOUNT | DATE | REFERENCE | DESCRIPTION | TKT# | S | AMOUNT |
|------|-----------|-------------|------|---|--------|------|-----------|-------------|------|---|--------|
| | | | | | | 01/23/15 | 420266911315 | HIGH SPEED INTERNET 1908 06:24 DEVICE-25002 | 6911315 | | |
| | | | | | | 01/23/15 | 420266911852 | FD - AMEX ************2007 | | | 283.40- |
| 01/19/15 | 420226810191 | RESORT FEE RESORT FEE | 0000021 | | 11.35 | | | | | | |
| 01/19/15 | 420229000181 | RSCVA SURCHARGE RSCVA CAPITOL SURCHARGE | WS 1908 | | 2.00 | | | | | | |
| 01/19/15 | 420229000563 | ROOM CHARGE WS 1908 TAX | WS 1908 | | 70.00 9.45 | | | | | | |
| 01/19/15 | 420226807527 | ADVANCE DEPOSIT ************2007 | | | 79.45- | | | | | | |
| 01/19/15 | 420226807529 | RESORT FEE $11.35 DAILY | | | | | | | | | |
| 01/20/15 | 420236842351 | RESORT FEE RESORT FEE | 0000016 | | 11.35 | | | | | | |
| 01/20/15 | 420239000137 | RSCVA SURCHARGE RSCVA CAPITOL SURCHARGE | WS 1908 | | 2.00 | | | | | | |
| 01/20/15 | 420239000438 | ROOM CHARGE WS 1908 TAX | WS 1908 | | 70.00 9.45 | | | | | | |
| 01/20/15 | 420236841825 | OTHER HOTEL CHARGES 1 012015 | | | 3.00 | | | | | | |
| 01/21/15 | 420246872193 | RESORT FEE RESORT FEE | 0000015 | | 11.35 | | | | | | |
| 01/21/15 | 420249000125 | RSCVA SURCHARGE RSCVA CAPITOL SURCHARGE | WS 1908 | | 2.00 | | | | | | |
| 01/21/15 | 420249000454 | ROOM CHARGE WS 1908 TAX | WS 1908 | | 70.00 9.45 | | | | | | |
| 01/22/15 | 420259000186 | RSCVA SURCHARGE RSCVA CAPITOL SURCHARGE | WS 1908 | | 2.00 | | | | | | |
| 01/22/15 | 420259000598 | ROOM CHARGE WS 1908 TAX | WS 1908 | | 70.00 9.45 | | | | | | |
| | | | | | | | | TOTAL | | | .00 |

C/O CASHIER EDNA

GLD   ILV

Harrahs          THE GUEST          Harrahs          THE GUEST

Arrival Date:                    Room No.:          Arrival Date:                    Room No.:

Departure Date:                                     Departure Date:                  Page: 1

Signature:

come and
OUT PLAY

**219 North Center St**
**Reno, NV 89501**
**(775) 786-3232**

| | |
|---|---|
| Name: TRENT RICHARDS | Room: WS 1918 |
| Address: 8668 SPRING MOUNTAIN SUITE 101 | Arrive: 1/19/15 |
| LAS VEGAS NV 89117 | Depart: 1/23/15 |
| US | Persons: 1 |
| | Deposit Amt: |
| Convention Code: | Reservation ID: 420176631533 |
| | Guest Folio ID: 420226807542 |

| DATE | REFERENCE | DESCRIPTION | TKT# | S | AMOUNT | DATE | REFERENCE | DESCRIPTION | TKT# | S | AMOUNT |
|------|-----------|-------------|------|---|--------|------|-----------|-------------|------|---|--------|
| 01/19/15 | 420226810471 | RESORT FEE RESORT FEE | 0000105 | | 11.35 | | | | | | |
| 01/19/15 | 420229000182 | RSCVA SURCHARGE RSCVA CAPITOL SURCHARGE | WS 1918 | | 2.00 | | | | | | |
| 01/19/15 | 420229000568 | ROOM CHARGE WS 1918 TAX | WS 1918 | | 70.00 9.45 | | | | | | |
| 01/19/15 | 420226807543 | ADVANCE DEPOSIT ************2007 | | | 79.45- | | | | | | |
| 01/19/15 | 420226807545 | RESORT FEE $11.35 DAILY | | | | | | | | | |
| 01/20/15 | 420236842516 | RESORT FEE RESORT FEE | 0000093 | | 11.35 | | | | | | |
| 01/20/15 | 420239000138 | RSCVA SURCHARGE RSCVA CAPITOL SURCHARGE | WS 1918 | | 2.00 | | | | | | |
| 01/20/15 | 420239000441 | ROOM CHARGE WS 1918 TAX | WS 1918 | | 70.00 9.45 | | | | | | |
| 01/21/15 | 420246872417 | RESORT FEE RESORT FEE | 0000095 | | 11.35 | | | | | | |
| 01/21/15 | 420249000126 | RSCVA SURCHARGE RSCVA CAPITOL SURCHARGE | WS 1918 | | 2.00 | | | | | | |
| 01/21/15 | 420249000456 | ROOM CHARGE WS 1918 TAX | WS 1918 | | 70.00 9.45 | | | | | | |
| 01/22/15 | 420259000187 | RSCVA SURCHARGE RSCVA CAPITOL SURCHARGE | WS 1918 | | 2.00 | | | | | | |
| 01/22/15 | 420259000600 | ROOM CHARGE WS 1918 TAX | WS 1918 | | 70.00 9.45 | | | | | | |
| 01/23/15 | 420266911811 | FD - AMEX ************2007 | | | 280.40- | | | | | | |
| | | | | | | | | TOTAL | | | .00 |

C/O CASHIER EDNA

Harrahs    THE GUEST    Harrahs    THE GUEST

| | |
|---|---|
| Arrival Date: | Room No.: |
| Departure Date: | |

| | |
|---|---|
| Arrival Date: | Room No.: |
| Departure Date: | |
| | Page: 1 |

Signature:



**✈  AIR Itinerary**

# AIR Confirmation: F7CEDE

Confirmation Date: 01/14/2015

| Passenger(s) | Rapid Rewards # | Ticket # | Expiration | Est. Points Earned |
|---|---|---|---|---|
| RICHARDS/TRENT | Join or Add # | 5262474565563 | Jan 14, 2016 | 1833 |

Rapid Rewards points earned are only estimates. Not a member - visit http://www.southwest.com/rapidrewards and sign up today!

| Date | Flight | Departure/Arrival |
|---|---|---|
| Mon Jan 19 | 4101 | Depart **LAS VEGAS, NV** (LAS) on Southwest Airlines at **5:30 PM** Arrive in **RENO/TAHOE, NV** (RNO) at **6:50 PM** Travel Time 1 hrs 20 mins Anytime |

### What you need to know to travel:

- ? Don't forget to check in for your flight(s) 24 hours before your trip on southwest.com or your mobile device. This will secure your boarding position on your flights.
- ? Southwest Airlines does not have assigned seats, so you can choose your seat when you board the plane. You will be assigned a boarding position based on your checkin time. The earlier you check in, within 24 hours of your flight, the earlier you get to board.
- ? WiFi, TV, and related services and amenities may vary and are subject to change based on assigned aircraft. Learn more.

### Remember to be in the gate area on time and ready to board:

- ? 30 minutes prior to scheduled departure time: We may begin boarding as early as 30 minutes prior to your flight's scheduled departure time. We encourage all passengers to plan to arrive in the gate area no later than this time.
- ? 10 minutes prior to scheduled departure time: All passengers must obtain their boarding passes and be in the gate area available for boarding at least 10 minutes prior to your flight's scheduled departure time. If not, Southwest may cancel your reserved space and you will not be eligible for denied boarding compensation.
- ? If you do not plan to travel on your flight: In accordance with Southwest's No Show Policy, you must notify Southwest at least 10 minutes prior to your flight's scheduled departure if you do not plan to travel on the flight. If not, Southwest will cancel your reservation and all funds will be forfeited.

Air Cost: 211.10

Carryon Items: 1 Bag + small personal item are free. See full details. Checked Items: First and second bags fly free. Weight and size limits apply.

Fare Rule(s): 5262474565563: NONTRANSFERABLE.
Valid only on Southwest Airlines. All travel involving funds from this Confirmation Number must be completed by the expiration date. Unused travel funds may only be applied toward the purchase of future travel for the individual named on the ticket. Any changes to this itinerary may result in a fare increase.

LAS WN RNO183.26YL 183.26 END ZPLAS XFLAS4.5 AY5.60$LAS5.60





 Learn About Our
Boarding Process ⬦

 Get EarlyBird
Check-In® Details ⬦

## Cost and Payment Summary

⬛ **AIR - F7CEDE**

| | | |
|---|---|---|
| Base Fare | $ 183.26 | **Payment Information** |
| Excise Taxes | $ 13.74 | Payment Type: Visa XXXXXXXXXXXXX8022 |
| Segment Fee | $ 4.00 | Date: Jan 14, 2015 |
| Passenger Facility Charge | $ 4.50 | Payment Amount: $211.10 |
| September 11th Security Fee | $ 5.60 | |
| **Total Air Cost** | **$ 211.10** | |

 

### Useful Tools

Check In Online

Early Bird Check-In

View/Share Itinerary

Change Air Reservation

Cancel Air Reservation

Check Flight Status

Flight Status Notification

Book a Car

Book a Hotel

### Know Before You Go

In the Airport

Baggage Policies

Suggested Airport Arrival Times

Security Procedures

Customers of Size

In the Air

Purchasing and Refunds

### Special Travel Needs

Traveling with Children

Traveling with Pets

Unaccompanied Minors

Baby on Board

Customers with Disabilities

### Legal Policies & Helpful Information

Privacy Policy

Notice of Incorporated Terms

Customer Service Commitment

FAQs

Contact Us

Book Air | Book Hotel | Book Car | Book Vacation Packages | See Special Offers | Manage My Account

This is a post-only mailing from Southwest Airlines. Please do not attempt to respond to this message. Your privacy is important to us. Please read our Privacy Policy.

[1] All travel involving funds from this Confirmation Number must be completed by the expiration date.

[2] Security Fee is the government-imposed September 11th Security Fee.

See Southwest Airlines Co. Notice of Incorporation

See Southwest Airlines Limit of Liability

Southwest Airlines
P.O. Box 36647-1CR
Dallas, TX 75235

Contact Us

3

**Trent Richards**

| | |
|---|---|
| **From:** | Southwest Airlines [SouthwestAirlines@luv.southwest.com] |
| **Sent:** | Friday, January 23, 2015 4:56 PM |
| **To:** | TRICHARDS@BOURASSALAWGROUP.COM |
| **Subject:** | UPDATED flight reservation (FXAEQ8) | 23JAN15 | RNO-LAS | Richards/Trent |

You're all set for your trip!



My Account | View My Itinerary Online

| Check In Online | Check Flight Status | Change Flight | Special Offers | Hotel Offers | Car Offers |

## Ready for takeoff!

Thanks for choosing Southwest® for your trip! You'll find everything you need to know about your reservation below. Happy travels!

**Upcoming Trip:** 01/23/15 - Las Vegas

### AIR Itinerary

### AIR Confirmation: FXAEQ8                Confirmation Date: 01/23/2015

| Passenger(s) | Rapid Rewards # | Ticket # | Expiration | Est. Points Earned |
|---|---|---|---|---|
| RICHARDS/TRENT | Join or Add # | 5262477131843 | Jan 14, 2016 | 2445 |

| Date | Flight | Departure/Arrival |
|---|---|---|
| Fri Jan 23 | 2498 | Depart **RENO/TAHOE, NV** (RNO) on Southwest Airlines at **9:25 PM** <br> Arrive in **LAS VEGAS, NV** (LAS) at **10:35 PM** <br> Travel Time 1 hrs 10 mins <br> Business Select |

#### What you need to know to travel:

- Don't forget to check in for your flight(s) 24 hours before your trip on southwest.com or your mobile device. This will secure your boarding position on your flights.
- Southwest Airlines does not have assigned seats, so you can choose your seat when you board the plane. You will be assigned a boarding position based on your checkin time. The earlier you check in, within 24 hours of your flight, the earlier you get to board.
- WiFi, TV, and related services and amenities may vary and are subject to change based on assigned aircraft. Learn more.

#### Remember to be in the gate area on time and ready to board:

- 30 minutes prior to scheduled departure time: We may begin boarding as early as 30 minutes prior to your flight's scheduled departure time. We encourage all passengers to plan to arrive in the gate area no later than this time.
- 10 minutes prior to scheduled departure time: All passengers must obtain their boarding passes and be in the gate area available for boarding at least 10 minutes prior to your flight's scheduled departure time. If not, Southwest may cancel your reserved space and you will not be eligible for denied boarding compensation.
- If you do not plan to travel on your flight: In accordance with Southwest's No Show Policy, you must notify Southwest at least 10 minutes prior to your flight's scheduled departure if you do not

plan to travel on the flight. If not, Southwest will cancel your reservation and all funds will be forfeited.



**Air Cost: 233.10**

Carryon Items: 1 Bag + small personal item are free. See full details. Checked Items: First and second bags fly free. Weight and size limits apply.

Fare Rule(s): 5262477131843: NONTRANSFERABLE.
Valid only on Southwest Airlines. All travel involving funds from this Confirmation Number must be completed by the expiration date. Unused travel funds may only be applied toward the purchase of future travel for the individual named on the ticket. Any changes to this itinerary may result in a fare increase.

 Learn About Our
Boarding Process

 Get EarlyBird
Check-In® Details

## Cost and Payment Summary

AIR - FXAEQ8

| | | |
|---|---|---|
| Base Fare | $ 203.73 | **Payment Information** |
| Excise Taxes | $ 15.27 | Payment Type: Amer Express |
| Segment Fee | $ 4.00 | XXXXXXXXXXX2007 |
| Passenger Facility Charge | $ 4.50 | Date: Jan 23, 2015 |
| September 11th Security Fee | $ 5.60 | Payment Amount: $60.00 |
| **Total Air Cost** | **$ 233.10** | |

Payment Type: Ticket Exchange
Date: Jan 23, 2015
Payment Amount: $173.10

**Exchange Detail**
Jan 14, 2015 From ticket # 5262474566530 to ticket # 5262477131843

 

| **Useful Tools** | **Know Before You Go** | **Special Travel Needs** |
|---|---|---|
| Check In Online | In the Airport | Traveling with Children |
| Early Bird Check-In | Baggage Policies | Traveling with Pets |
| View/Share Itinerary | Suggested Airport Arrival Times | Unaccompanied Minors |
| Change Air Reservation | Security Procedures | Baby on Board |
| Cancel Air Reservation | Customers of Size | Customers with Disabilities |
| Check Flight Status | In the Air | |
| Flight Status Notification | Purchasing and Refunds | |
| Book a Car | | |
| Book a Hotel | | |

 Learn About Our
Boarding Process ➥

 Get EarlyBird
Check-In® Details ➥

## Cost and Payment Summary

**AIR - FL2YZ3**

| | | |
|---|---:|---|
| Base Fare | $ 147.91 | **Payment Information** |
| Excise Taxes | $ 11.09 | Payment Type: Visa XXXXXXXXXXXX8022 |
| Segment Fee | $ 4.00 | Date: Dec 2, 2014 |
| Passenger Facility Charge | $ 4.50 | Payment Amount: $173.10 |
| September 11th Security Fee | $ 5.60 | |
| **Total Air Cost** | **$ 173.10** | |

### Useful Tools

Check In Online

Early Bird Check-In

View/Share Itinerary

Change Air Reservation

Cancel Air Reservation

Check Flight Status

Flight Status Notification

Book a Car

Book a Hotel

### Know Before You Go

In the Airport

Baggage Policies

Suggested Airport Arrival Times

Security Procedures

Customers of Size

In the Air

Purchasing and Refunds

### Special Travel Needs

Traveling with Children

Traveling with Pets

Unaccompanied Minors

Baby on Board

Customers with Disabilities

### Legal Policies & Helpful Information

Privacy Policy

Notice of Incorporated Terms

Customer Service Commitment

FAQs

Contact Us

Book Air | Book Hotel | Book Car | Book Vacation Packages | See Special Offers | Manage My Account

This is a post-only mailing from Southwest Airlines. Please do not attempt to respond to this message. Your privacy is important to us. Please read our Privacy Policy.

¹ All travel involving funds from this Confirmation Number must be completed by the expiration date.
² Security Fee is the government-imposed September 11th Security Fee.

See Southwest Airlines Co. Notice of Incorporation
See **Southwest Airlines Limit of Liability**

Southwest Airlines
P.O. Box 36647-1CR
Dallas, TX 75235

# STEVEN D. McMORRIS
### MEDIATOR & ARBITRATER

P.O. BOX 470
GENOA, NEVADA 89411

(775) 788-1479
FAX (775) 783-4219

December 17, 2013

Ryan Kerbow
Attorney At Law
9500 West Flamingo Road, Suite 205
Las Vegas, Nevada 89147



Mark J. Bourassa
Attorney At Law
8668 Springs Mountain Road, Suite #101
Las Vegas, Nevada 89117-4113

Re: Arbitrator Fees - Harris Ellis v. Arrowcreek Homeowners Association, NRED #13-52

For services rendered:

| Date | Description | Hours |
|---|---|---|
| 7-11-13 | Review of Claim and letter to counsel re no response from Respondent | .5 |
| 7-17-13 | Receipt of attorney Bourassa fax re receipt of above | .1 |
| 8-1-13 | Email to NRED re Response and NRED answer | .2 |
| 8-1-13 | Follow-up letter to counsel and Arrowcreek HOA re no response | .4 |
| 8-12-13 | Receipt of attorney Kerbow fax re filing of response | .1 |
| 8-14-13 | Receipt of Response from NRED | .1 |
| 8-20-13 | Review of Response and letter to counsel re early discovery conference with Information/Acknowledgment form | .5 |
| 8-26-13 | Receipt of Arrowcreek deposit and Acknowledgment form | .1 |
| 8-27-13 | Faxes to counsel re telephone conference | .3 |
| 9-11-13 | Letter to attorneys re discovery conference and arbitration hearing | .4 |
| 9-13-13 | Receipt of Claimant's deposit | .1 |
| 10-18-13 | Receipt and review of attorney Bourassa letter re claim vs. Alessi | .2 |
| 10-21-13 | Preparation for discovery conference and telephone conference with attorney Bourassa; attorney Kerbow did not appear | .5 |
| 10-22-13 | Preparation of discovery and arbitration hearing notice order | .8 |
| 11-18-13 | Review of Claimant's arbitration statement and Respondent's answer | .5 |
| 11-19-13 | Preparation for arbitration hearing and arbitration hearing | 2.5 |
| 11-23-13 | Review of file and preparation of arbitration award | 2.5 |

Hours billed at $200 hourly                                          9.5

Total owed to be paid equally by the parties -        $1900.00

Total owed each party($950.00 - $750.00 deposit)-   **$200.00**

# INVOICE



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 81647 | 1/27/2015 | 71259 |

| Job Date | Case No. |
|---|---|
| 1/20/2015 | |

| Case Name |
|---|
| |

| Payment Terms |
|---|
| Due upon receipt |

400 South 7th Street
Suite 400
Las Vegas, Nevada 89101

📞: 702-421-3376
✉ calendar@evolvedepo.com

Mark Bourassa, Esq.
The Bourassa Law Group
8668 Spring Mountain Road
Suite 101
Las Vegas NV  89117

| | | |
|---|---|---|
| Ellis v. Alessi Trustee Corporation, et al | | |
| In-Court Trial Presentation Stock-03 | 34.25 Hours | 9,590.00 |
| Trial Prep01 - trial exhibits and/or design consultation | 2.00 Hours | 360.00 |
| Electronic Copy - Black/White | 486.00 Pages | 48.60 |
| | **TOTAL DUE  >>>** | **$9,998.60** |

| | |
|---|---|
| Prepping and Loading exhibits | 1.88 |
| Trial presentation: Opening, Melinda Ellis | 9.02 |
| Trial presentation: Melinda Ellis, Alessi | 9.42 |
| Trial presentation: Alessi, Tarrantino | 9.5 |
| Trial presentation: Jury Instructions, Closing Arguments | 6.25 |

Thank you.  Your business is appreciated.

| | |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | 9,998.60 |

**Tax ID:** 47-1990584

Phone:     Fax:

*Please detach bottom portion and return with payment.*

Mark Bourassa, Esq.
The Bourassa Law Group
8668 Spring Mountain Road
Suite 101
Las Vegas NV  89117

| | | | |
|---|---|---|---|
| Job No. | : 71259 | BU ID | : Evolve |
| Case No. | : | | |
| Case Name | : | | |
| Invoice No. | : 81647 | Invoice Date | : 1/27/2015 |
| **Total Due** | **: $ 9,998.60** | | |

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                      Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **Evolve Deposition and Trial Services**
**7473 West Lake Mead Blvd.**
**Suite 121**
**Las Vegas NV  89101**

# INVOICE



**SUNSHINE Litigation** SERVICES

151 Country Estates Circle
Reno, NV 89511
Phone: 800-330-1112
Fax: 702-631-1735
www.litigationservices.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 941194 | 11/25/2013 | 193471 |
| Job Date | Case No. | |
| 11/19/2013 | | |

| Case Name |
|---|
| Ellis vs. Alessi & Koenig, LLC |

| Payment Terms |
|---|
| Due upon receipt |

Mark J. Bourassa, Esq.
Bourassa Law Group
8668 Spring Mountain Rd Suite 101
Las Vegas, NV  89117

---

CONFERENCE ROOM RENTAL
   Conference room rental / faxes, phones, catering, copies, etc.     175.00

**TOTAL DUE >>>**     **$175.00**
AFTER 12/25/2013 PAY     $192.50

Client: Plaintiff's    Charges split between parties.  This is your shared cost.

Thank you for your business!

Payment is not contingent upon client or insurance carrier reimbursement.
Any questions about billing should be received in writing within 30 days of invoice date.

---

**Tax ID:** 20-3835523                      Phone: 702-851-2180    Fax:702-851-2189

*Please detach bottom portion and return with payment.*

Mark J. Bourassa, Esq.
Bourassa Law Group
8668 Spring Mountain Rd Suite 101
Las Vegas, NV  89117

Job No.   : 193471       BU ID     :RN-MISC
Case No.   :
Case Name : Ellis vs. Alessi & Koenig, LLC

Invoice No. : 941194      Invoice Date :11/25/2013
**Total Due : $ 175.00**
AFTER 12/25/2013 PAY $192.50

| PAYMENT WITH CREDIT CARD | AMEX | | VISA |
|---|---|---|---|

Cardholder's Name:
Card Number:
Exp. Date:          Phone#:
Billing Address:
Zip:       Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **Sunshine Reporting and Litigation Services,
LLC
PO Box 98859
Las Vegas, NV  89193-8859**



**_Junes Legal Service, Inc._**

630 South Tenth St. Suite B
Las Vegas, NV 89101
Federal ID#27-0626741

# PROCESS INVOICE

| 1/20/2015 | EP109798 |
|---|---|
| **INVOICE DATE** | **INVOICE #** |

| CLIENT | BILLING INFO |
|---|---|
| THE BOURASSA LAW GROUP, LLC<br>8668 W SPRING MOUNTAIN RD.,STE 101<br>LAS VEGAS, NV 89117 | ATTN: HILARY<br><br>JAN 2 3 2015 |

| STATUS | Rep | SERVER ID | DATE COMPLETE | TIME | INTERNAL FILE # |
|---|---|---|---|---|---|
| Subserve | | GB | 1/14/2015 | 1620 | ELLIS V. ALESSI & KOE... |

| Description | Qty | Amount |
|---|---|---|
| LEFT WITH AUTHORIZED AGENT DAVID ANTHONY ALESSI C/O THOMAS BAYARD BY SERVING JONA LOPOMA ADD: ALESSI & KOENIG, 9500 W. FLAMINGO RD., STE. 205 LAS VEGAS, NV 89147 DOCUMENT TYPE SUBPOENA TO APPEAR AND TESTIFY AT A HEARING OR TRIAL IN A CIVIL ACTION RE: MELINDA ELLIS V. ALESSI TRUSTEE CORPORATION, ET AL; CASE# 3:09-CV-00428-LRH-WG | | 25.00<br><br>0.00<br>0.00 |

GET 24/7 STATUS ON-LINE
SIGNED AFFIDAVIT READY FOR EFILING

| | |
|---|---|
| **Subtotal** | $25.00 |
| **Sales Tax (8.1%)** | $0.00 |
| **Total** | $25.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $25.00 |

NV - Process Servers License # 1068          www.JunesLegal.com

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| (702) 579-6300 | (702) 259-6249 | Deborah@JunesLegal.com | www.JunesLegal.com |



## *Junes Legal Service, Inc.*

**630 South Tenth St. Suite B**
**Las Vegas, NV  89101**
**Federal ID#27-0626741**

# PROCESS INVOICE

| 1/20/2015 | EP109799 |
|---|---|
| **INVOICE DATE** | **INVOICE #** |

| CLIENT | BILLING INFO |
|---|---|
| THE BOURASSA LAW GROUP, LLC<br>8668 W SPRING MOUNTAIN RD., STE 101<br>LAS VEGAS, NV 89117 | ATTN: HILARY  |

| STATUS | Rep | SERVER ID | DATE COMPLETE | TIME | INTERNAL FILE # |
|---|---|---|---|---|---|
| Subserve | | GB | 1/13/2015 | 1620 | ELLIS V. ALESSI & KOE... |

| Description | Qty | Amount |
|---|---|---|
| LEFT WITH AUTHORIZED AGENT PERSON MOST KNOWLEDGEABLE FOR ALESSI & KOENIG, LLC C/O THOMAS BAYARD BY SERVING JONA LOPOMA<br>ADD: ALESSI & KOENIG, 9500 W. FLAMINGO RD., STE. 205 LAS VEGAS, NV 89147<br>DOCUMENT TYPE SUMMONS AND COMPLAINT<br>RE: MELINDA ELLIS V. ALESSI TRUSTEE CORPORATION, ET AL; CASE# 3:09-CV-00428-LRH | | 25.00<br><br>0.00<br>0.00 |

GET 24/7 STATUS ON-LINE
SIGNED AFFIDAVIT READY FOR EFILING

| Subtotal | $25.00 |
|---|---|
| **Sales Tax  (8.1%)** | $0.00 |
| **Total** | $25.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $25.00 |

NV - Process Servers License # 1068          www.JunesLegal.com

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| (702) 579-6300 | (702) 259-6249 | Deborah@JunesLegal.com | www.JunesLegal.com |

## *Junes Legal Service, Inc.*

**630 South Tenth St. Suite B**
**Las Vegas, NV  89101**
**Federal ID#27-0626741**

# PROCESS INVOICE

| | |
|---|---|
| 1/20/2015 | EP109800 |
| **INVOICE DATE** | **INVOICE #** |

| CLIENT | BILLING INFO |
|---|---|
| THE BOURASSA LAW GROUP, LLC<br>8668 W SPRING MOUNTAIN RD.,STE 101<br>LAS VEGAS, NV 89117 | ATTN: HILARY<br><br>JAN 2 3 2015 |

| STATUS | Rep | SERVER ID | DATE COMPLETE | TIME | INTERNAL FILE # |
|---|---|---|---|---|---|
| Subserve | | GB | 1/13/2015 | 1620 | ELLIS V. ALESSI & KOE... |

| Description | Qty | Amount |
|---|---|---|
| LEFT WITH AUTHORIZED AGENT PERSON MOST KNOWLEDGEABLE<br>FOR ALESSI TRUSTEE CORPORATION C/O THOMAS BAYARD BY<br>SERVING JONA LOPOMA<br>ADD: 9500 W. FLAMINGO RD. STE. 205 LAS VEGAS, NV 89147<br>RUSH<br>DOCUMENT TYPE SUBPOENA TO APPEAR AND TESTIFY AT A HEARING<br>OR TRIAL IN A CIVIL ACTION<br>RE: MELINDA ELLIS V. ALESSI TRUSTEE CORPORATION, ET AL; CASE#<br>3:09-CV-00428-LRG-WG | | 43.00<br><br><br>25.00<br>0.00<br><br>0.00 |

GET 24/7 STATUS ON-LINE
SIGNED AFFIDAVIT READY FOR EFILING

| | |
|---|---|
| **Subtotal** | $68.00 |
| **Sales Tax  (8.1%)** | $0.00 |
| **Total** | $68.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $68.00 |

NV- Process-Servers License # 1068       www.JunesLegal.com

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| (702) 579-6300 | (702) 259-6249 | Deborah@JunesLegal.com | www.JunesLegal.com |

# CURTIS B. COULTER, APC

# COSTS

1   MARK J. BOURASSA, ESQ.
    Nevada Bar No. 7999
2   **THE BOURASSA LAW GROUP, LLC**
    8668 Spring Mountain Rd., Suite 101
3   Las Vegas, Nevada 89117
4   Tel: (702) 851-2180
    Fax: (702) 851-2189
5   Email: mbourassa@bourassalawgroup.com
    *Attorney for Plaintiff*
6
7                **UNITED STATES DISTRICT COURT**

8                    **DISTRICT OF NEVADA**

9   MELINDA ELLIS, an individual,          Case No.: 3:09-cv-00428-LRH-WGC

10              Plaintiff,

11  vs.

12  ALESSI TRUSTEE CORPORATION; DAVID
13  ANTHONY ALESSI; and ALESSI & KOENIG,
    LLC; and DOES I through XX,
14
15              Defendant.

16       **AFFIDAVIT OF CURTIS B. COULTER IN SUPPORT OF**
17       **MOTION FOR AWARD OF ATTORNEY FEES AND COSTS**

18  STATE OF NEVADA        )
                           )ss.
19  COUNTY OF CLARK        )

20       I, Curtis B. Coulter, do hereby affirm under penalty of perjury that the assertions of this

21  Affidavit are true, as follows:

22              1.       I am an attorney at law admitted before all the courts of the State of

23  Nevada and the United States District Court, District of Nevada. This affidavit is made in

24  support of Plaintiffs' Motion for Award of Attorney Fees and Costs.    I have personal
25
26  knowledge of and am familiar with the facts set forth herein, all of which are true and correct,

27

28
                              - 1 -

1   except those matters stated to be upon information and belief and, as to those matters, I believe

2   them to be true.

3       2.      This matter arises from Defendants' attempts to collect allegedly past-due

4   homeowner's association assessments from Plaintiff. This case was filed in May of 2008. I was

5   initially Plaintiff's counsel, The Law Office of Curtis B. Coulter. I withdrew from representing

6

7   Plaintiff in this matter in May of 2012.

8       3.      Plaintiff represented herself *pro se* from August of 2012 through

9   February of 2013. During this time, Plaintiff responded to Defendants' Motion for Summary

10  Judgment, and filed her own Motion for Summary Judgment.

11      4.      I have reviewed my firm's billing statements in connection with this

12  matter and am familiar with their contents. A true and correct copy of these billing statements

13  area attached hereto as **Exhibit 1**. The costs I have incurred are in the amount of $7,245.58 and

14

15  remain unpaid.

16      FURTHER AFFIANT SAYETH NAUGHT.

17  _____
    Curtis B. Coulter, Esq.

18

19  SUBSCRIBED AND SWORN to
    before me this 12th day of February, 2015.

20

21

22  _____
    NOTARY PUBLIC

23

24

IRENE SANCHEZ
Notary Public - State of Nevada
Appointment Recorded in Washoe County
No: 99-53832-2 - Expires April 21, 2016

- 2 -

# EXHIBIT 1

# EXHIBIT 1

# Statement

Curtis B. Coulter, APC

403 Hill Street
Reno, NV 89501

| Date |
| --- |
| 2/12/2015 |

| To: |
| --- |
| Melinda Ellis<br>1200 Broken Feather Ct.<br>Reno, NV 89511 |

| Amount Due | Amount Enc. |
| --- | --- |
| $7,245.58 | |

| Date | Transaction | Amount | Balance |
| --- | --- | --- | --- |
| | | | 0.00 |
| 12/31/2005 | Balance forward | | 0.39 |
| 02/07/2007 | | 0.39 | |
| | Postage<br>--- Postage, 1 @ $0.39 = 0.39 | | 0.69 |
| 03/01/2007 | | 0.30 | |
| | Photocopy<br>--- Photocopy, 1 @ $0.30 = 0.30 | | 1.89 |
| 05/01/2007 | | 1.20 | |
| | Photocopy<br>--- Photocopy, 4 @ $0.30 = 1.20 | | 2.19 |
| 10/01/2007 | | 0.30 | |
| | Photocopy<br>--- Photocopy, 1 @ $0.30 = 0.30 | | 2.99 |
| 10/04/2007 | | 0.80 | |
| | Postage<br>--- Postage, 1 @ $0.80 = 0.80 | | 25.47 |
| 12/05/2007 | | 22.48 | |
| | Postage<br>--- Postage, 1 @ $22.48 = 22.48 | | 40.47 |
| 12/18/2007 | | 15.00 | |
| | Photocopy<br>--- Photocopy, 50 @ $0.30 = 15.00 | | 41.29 |
| 12/19/2007 | | 0.82 | |
| | Postage<br>--- Postage, 2 @ $0.41 = 0.82 | | 50.29 |
| 01/15/2008 | | 9.00 | |
| | Fax<br>--- Fax, 9 @ $1.00 = 9.00 | | 52.29 |
| 01/16/2008 | | 2.00 | |
| | Fax<br>--- Fax, 2 @ $1.00 = 2.00 | | 58.79 |
| 01/18/2008 | | 6.50 | |
| | Delivery<br>--- Delivery, 1 @ $6.50 = 6.50 | | |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
| --- | --- | --- | --- | --- | --- |
| 2,239.32 | 0.00 | 0.00 | 0.00 | 5,006.26 | $7,245.58 |

Page 1

# Statement

Curtis B. Coulter, APC
403 Hill Street
Reno, NV 89501

| Date |
|------|
| 2/12/2015 |

| To: |
|-----|
| Melinda Ellis<br>1200 Broken Feather Ct.<br>Reno, NV 89511 |

| Amount Due | Amount Enc. |
|------------|-------------|
| $7,245.58 | |

| Date | Transaction | Amount | Balance |
|------|-------------|--------|---------|
| 01/23/2008 | | 0.58 | 59.37 |
| | Postage<br>--- Postage, 1 @ $0.58 = 0.58 | | |
| 02/01/2008 | | 16.80 | 76.17 |
| | Photocopy<br>--- Photocopy, 56 @ $0.30 = 16.80 | | |
| 02/14/2008 | | 6.50 | 82.67 |
| | Delivery<br>--- Delivery, 1 @ $6.50 = 6.50 | | |
| 02/20/2008 | | 6.50 | 89.17 |
| | Delivery<br>--- Delivery, 1 @ $6.50 = 6.50 | | |
| 02/29/2008 | | 0.41 | 89.58 |
| | Postage<br>--- Postage, 1 @ $0.41 = 0.41 | | |
| 03/03/2008 | | 2.10 | 91.68 |
| | Photocopy<br>--- Photocopy, 7 @ $0.30 = 2.10 | | |
| 05/05/2008 | | 0.82 | 92.50 |
| | Postage<br>--- Postage, 2 @ $0.41 = 0.82 | | |
| 05/12/2008 | | 9.00 | 101.50 |
| | Fax<br>--- Fax, 9 @ $1.00 = 9.00 | | |
| 05/13/2008 | | 0.42 | 101.92 |
| | Postage<br>--- Postage, 1 @ $0.42 = 0.42 | | |
| 05/14/2008 | | 11.00 | 112.92 |
| | Fax<br>--- Fax, 11 @ $1.00 = 11.00 | | |
| 05/21/2008 | | 141.00 | 253.92 |
| | Legal Services Rendered:Paid filing fees to Second Judicial Court/Ellis v. Arrowcreek<br>--- CBC, 1 @ $141.00 = 141.00 | | |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---------|--------------------|--------------------|--------------------|----------------------|-----------|
| 2,239.32 | 0.00 | 0.00 | 0.00 | 5,006.26 | $7,245.58 |

# Statement

Curtis B. Coulter, APC
403 Hill Street
Reno, NV 89501

| Date |
|---|
| 2/12/2015 |

| To: |
|---|
| Melinda Ellis<br>1200 Broken Feather Ct.<br>Reno, NV 89511 |

| Amount Due | Amount Enc. |
|---|---|
| $7,245.58 | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 05/22/2008 | | 6.50 | 260.42 |
| | Delivery<br>--- Delivery, 1 @ $6.50 = 6.50 | | |
| 05/22/2008 | | 18.00 | 278.42 |
| | Delivery: Summons - Christine Smith<br>--- Delivery, 1 @ $18.00 = 18.00 | | |
| 05/22/2008 | | 60.90 | 339.32 |
| | Delivery: Summons - Christine Smith<br>--- Delivery, 1 @ $60.90 = 60.90 | | |
| 05/22/2008 | | 46.50 | 385.82 |
| | Delivery: Summons - Gary Smith<br>--- Delivery, 1 @ $46.50 = 46.50 | | |
| 05/22/2008 | | 46.50 | 432.32 |
| | Delivery: Summons - Randy Bynum<br>--- Delivery, 1 @ $46.50 = 46.50 | | |
| 05/22/2008 | | 46.50 | 478.82 |
| | Delivery: Summons - William McCraley<br>--- Delivery, 1 @ $46.50 = 46.50 | | |
| 05/22/2008 | | 58.50 | 537.32 |
| | Delivery: Summons - John Perduk<br>--- Delivery, 1 @ $58.50 = 58.50 | | |
| 05/22/2008 | | 4.00 | 541.32 |
| | Fax<br>--- Fax, 4 @ $1.00 = 4.00 | | |
| 05/27/2008 | | 54.50 | 595.82 |
| | Delivery: Summons - Jeanne Tarentino<br>--- Delivery, 1 @ $54.50 = 54.50 | | |
| 05/28/2008 | | 3.00 | 598.82 |
| | Fax<br>--- Fax, 3 @ $1.00 = 3.00 | | |
| 05/29/2008 | | 5.00 | 603.82 |
| | Fax<br>--- Fax, 5 @ $1.00 = 5.00 | | |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 2,239.32 | 0.00 | 0.00 | 0.00 | 5,006.26 | $7,245.58 |

# Statement

Curtis B. Coulter, APC
403 Hill Street
Reno, NV 89501

| Date |
| --- |
| 2/12/2015 |

| To: |
| --- |
| Melinda Ellis<br>1200 Broken Feather Ct.<br>Reno, NV 89511 |

| | Amount Due | Amount Enc. |
| --- | --- | --- |
| | $7,245.58 | |

| Date | Transaction | Amount | Balance |
| --- | --- | --- | --- |
| | | 146.50 | 750.32 |
| 06/02/2008 | Delivery: Summons- Kristy Diaz<br>--- Delivery, 1 @ $146.50 = 146.50 | | |
| 06/03/2008 | Postage<br>--- Postage, 1 @ $0.76 = 0.76 | 0.76 | 751.08 |
| 06/03/2008 | Delivery<br>--- Delivery, 1 @ $6.50 = 6.50 | 6.50 | 757.58 |
| 06/04/2008 | Photocopy<br>--- Photocopy, 153 @ $0.30 = 45.90 | 45.90 | 803.48 |
| 06/05/2008 | Fax<br>--- Fax, 2 @ $1.00 = 2.00 | 2.00 | 805.48 |
| 06/13/2008 | Delivery<br>--- Delivery, 1 @ $6.50 = 6.50 | 6.50 | 811.98 |
| 06/13/2008 | Postage<br>--- Postage, 2 @ $0.42 = 0.84 | 0.84 | 812.82 |
| 06/16/2008 | Fax<br>--- Fax, 4 @ $1.00 = 4.00 | 4.00 | 816.82 |
| 06/25/2008 | Fax<br>--- Fax, 2 @ $1.00 = 2.00 | 2.00 | 818.82 |
| 06/26/2008 | Photocopy<br>--- Photocopy, 10 @ $0.30 = 3.00 | 3.00 | 821.82 |
| 06/30/2008 | Fax<br>--- Fax, 3 @ $1.00 = 3.00 | 3.00 | 824.82 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
| --- | --- | --- | --- | --- | --- |
| 2,239.32 | 0.00 | 0.00 | 0.00 | 5,006.26 | $7,245.58 |

# Statement

Curtis B. Coulter, APC
403 Hill Street
Reno, NV 89501

| Date |
|---|
| 2/12/2015 |

| To: |
|---|
| Melinda Ellis<br>1200 Broken Feather Ct.<br>Reno, NV 89511 |

| Amount Due | Amount Enc. |
|---|---|
| $7,245.58 | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 07/02/2008 | | 6.50 | 831.32 |
| | Delivery<br>--- Delivery, 1 @ $6.50 = 6.50 | | |
| 07/02/2008 | | 5.22 | 836.54 |
| | Postage<br>--- Postage, 1 @ $5.22 = 5.22 | | |
| 07/28/2008 | | 1.00 | 837.54 |
| | Fax<br>--- Fax, 1 @ $1.00 = 1.00 | | |
| 07/29/2008 | | 0.84 | 838.38 |
| | Postage<br>--- Postage, 2 @ $0.42 = 0.84 | | |
| 08/01/2008 | | 128.40 | 966.78 |
| | Photocopy<br>--- Photocopy, 428 @ $0.30 = 128.40 | | |
| 08/19/2008 | | 5.00 | 971.78 |
| | Fax<br>--- Fax, 5 @ $1.00 = 5.00 | | |
| 09/01/2008 | | 4.20 | 975.98 |
| | Photocopy<br>--- Photocopy, 14 @ $0.30 = 4.20 | | |
| 09/29/2008 | | 3.36 | 979.34 |
| | Postage<br>--- Postage, 8 @ $0.42 = 3.36 | | |
| 10/14/2008 | | 0.84 | 980.18 |
| | Postage<br>--- Postage, 2 @ $0.42 = 0.84 | | |
| 10/17/2008 | | 0.42 | 980.60 |
| | Postage<br>--- Postage, 1 @ $0.42 = 0.42 | | |
| 10/20/2008 | | 2.02 | 982.62 |
| | Postage<br>--- Postage, 1 @ $2.02 = 2.02 | | |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 2,239.32 | 0.00 | 0.00 | 0.00 | 5.006.26 | $7,245.58 |

# Statement

Curtis B. Coulter, APC
403 Hill Street
Reno, NV 89501

| Date |
|------|
| 2/12/2015 |

| To: |
|-----|
| Melinda Ellis |
| 1200 Broken Feather Ct. |
| Reno, NV 89511 |

| Amount Due | Amount Enc. |
|------------|-------------|
| $7,245.58 | |

| Date | Transaction | Amount | Balance |
|------|-------------|--------|---------|
| | | 2.52 | 985.14 |
| 10/24/2008 | Postage<br>--- Postage, 6 @ $0.42 = 2.52 | 0.76 | 985.90 |
| 10/24/2008 | Postage<br>--- Postage, 1 @ $0.76 = 0.76 | 0.42 | 986.32 |
| 10/27/2008 | Postage<br>--- Postage, 1 @ $0.42 = 0.42 | 1.68 | 988.00 |
| 10/27/2008 | Postage<br>--- Postage, 1 @ $1.68 = 1.68 | 0.76 | 988.76 |
| 10/28/2008 | Postage<br>--- Postage, 1 @ $0.76 = 0.76 | 5.20 | 993.96 |
| 10/28/2008 | Postage<br>--- Postage, 1 @ $5.20 = 5.20 | 7.40 | 1,001.36 |
| 10/28/2008 | Postage<br>--- Postage, 4 @ $1.85 = 7.40 | 210.30 | 1,211.66 |
| 11/01/2008 | Photocopy<br>--- Photocopy, 701 @ $0.30 = 210.30 | 104.10 | 1,315.76 |
| 11/01/2008 | Photocopy<br>--- Photocopy, 347 @ $0.30 = 104.10 | 2.19 | 1,317.95 |
| 11/19/2008 | Postage<br>--- Postage, 1 @ $2.19 = 2.19 | 16.00 | 1,333.95 |
| 11/21/2008 | Fax<br>--- Fax, 16 @ $1.00 = 16.00 | | |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---------|--------------------|--------------------|--------------------|----------------------|------------|
| 2,239.32 | 0.00 | 0.00 | 0.00 | 5,006.26 | $7,245.58 |

# Statement

Curtis B. Coulter, APC
403 Hill Street
Reno, NV 89501

| Date |
|---|
| 2/12/2015 |

| To: |
|---|
| Melinda Ellis<br>1200 Broken Feather Ct.<br>Reno, NV 89511 |

| Amount Due | Amount Enc. |
|---|---|
| $7,245.58 | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 12/05/2008 | | 18.00 | 1,351.95 |
| | Fax<br>--- Fax, 18 @ $1.00 = 18.00 | | |
| 12/08/2008 | | 2.19 | 1,354.14 |
| | Postage<br>--- Postage, 1 @ $2.19 = 2.19 | | |
| 12/09/2008 | | 194.00 | 1,548.14 |
| | Fax<br>--- Fax, 194 @ $1.00 = 194.00 | | |
| 12/09/2008 | | 0.84 | 1,548.98 |
| | Postage<br>--- Postage, 2 @ $0.42 = 0.84 | | |
| 12/11/2008 | | 6.50 | 1,555.48 |
| | Delivery<br>--- Delivery, 1 @ $6.50 = 6.50 | | |
| 12/12/2008 | | 40.00 | 1,595.48 |
| | Fax<br>--- Fax, 40 @ $1.00 = 40.00 | | |
| 12/15/2008 | | 43.00 | 1,638.48 |
| | Fax<br>--- Fax, 43 @ $1.00 = 43.00 | | |
| 12/17/2008 | | 1.68 | 1,640.16 |
| | Postage<br>--- Postage, 1 @ $1.68 = 1.68 | | |
| 12/17/2008 | | 2.27 | 1,642.43 |
| | Postage<br>--- Postage, 1 @ $2.27 = 2.27 | | |
| 12/17/2008 | | 33.00 | 1,675.43 |
| | Fax<br>--- Fax, 33 @ $1.00 = 33.00 | | |
| 12/19/2008 | | 5.60 | 1,681.03 |
| | Postage<br>--- Postage, 1 @ $5.60 = 5.60 | | |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 2,239.32 | 0.00 | 0.00 | 0.00 | 5,006.26 | $7,245.58 |

# Statement

Curtis B. Coulter, APC
403 Hill Street
Reno, NV 89501

| Date |
| --- |
| 2/12/2015 |

| To: |
| --- |
| Melinda Ellis<br>1200 Broken Feather Ct.<br>Reno, NV 89511 |

| Amount Due | Amount Enc. |
| --- | --- |
| $7,245.58 | |

| Date | Transaction | Amount | Balance |
| --- | --- | --- | --- |
| 12/19/2008 | | 43.00 | 1,724.03 |
| | Fax<br>--- Fax, 43 @ $1.00 = 43.00 | | |
| 01/02/2009 | | 227.10 | 1,951.13 |
| | Photocopy<br>--- Photocopy, 757 @ $0.30 = 227.10 | | |
| 01/05/2009 | | 10.20 | 1,961.33 |
| | Photocopy<br>--- Photocopy, 34 @ $0.30 = 10.20 | | |
| 01/15/2009 | | 1.18 | 1,962.51 |
| | Postage<br>--- Postage, 2 @ $0.59 = 1.18 | | |
| 01/26/2009 | | 0.76 | 1,963.27 |
| | Postage<br>--- Postage, 1 @ $0.76 = 0.76 | | |
| 01/29/2009 | | 0.42 | 1,963.69 |
| | Postage<br>--- Postage, 1 @ $0.42 = 0.42 | | |
| 02/03/2009 | | 0.84 | 1,964.53 |
| | Postage<br>--- Postage, 2 @ $0.42 = 0.84 | | |
| 02/04/2009 | | 1.00 | 1,965.53 |
| | Fax<br>--- Fax, 1 @ $1.00 = 1.00 | | |
| 02/10/2009 | | 0.42 | 1,965.95 |
| | Postage<br>--- Postage, 1 @ $0.42 = 0.42 | | |
| 02/18/2009 | | 0.42 | 1,966.37 |
| | Postage<br>--- Postage, 1 @ $0.42 = 0.42 | | |
| 04/01/2009 | | 16.20 | 1,982.57 |
| | Photocopy<br>--- Photocopy, 54 @ $0.30 = 16.20 | | |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
| --- | --- | --- | --- | --- | --- |
| 2,239.32 | 0.00 | 0.00 | 0.00 | 5,006.26 | $7,245.58 |

# Statement

Curtis B. Coulter, APC

403 Hill Street
Reno, NV 89501

| Date |
|------|
| 2/12/2015 |

| To: |
|-----|
| Melinda Ellis<br>1200 Broken Feather Ct.<br>Reno, NV 89511 |

| Amount Due | Amount Enc. |
|------------|-------------|
| $7,245.58 | |

| Date | Transaction | Amount | Balance |
|------|-------------|--------|---------|
| 04/24/2009 | Postage<br>---- Postage, 1 @ $0.42 = 0.42 | 0.42 | 1,982.99 |
| 05/07/2009 | INV #128.<br>==== Reimb Group<br>---- Washoe County District Clerk / Filing Fee $141.00<br>---- MCI - long distance $0.30<br>---- MCI - long distance $0.43<br>---- Washoe County District Clerk $141.00<br>---- Reno/Carson Messenger Service - Inv #252885 $54.50<br>---- Reno/Carson Messenger Service - Inv#252881 $60.90<br>---- Reno/Carson Messenger Service - Inv #252887 $18.00<br>---- Reno/Carson Messenger Service - Inv #252889 $46.50<br>---- Reno/Carson Messenger Service - Inv #252891 $58.50<br>---- Reno/Carson Messenger Service - Inv #252893 $46.50<br>---- Reno/Carson Messenger Service - Inv #252895 $46.50<br>---- MCI - long distance $7.90<br>---- Reno/Carson Messenger Service - Inv #252879 $146.50<br>---- LexisNexis $57.33<br>---- MCI - long distance $1.77<br>---- LexisNexis $12.10<br>---- MCI - long distance $0.45<br>---- MCI - long distance $1.54<br>---- LexisNexis $3.04<br>---- MCI - long distance $1.10<br>---- Deposit $-125.00<br>---- Bonanza Reporting / Inv #67604 / Ellis v. Arrowcreek $283.20<br>---- Bonanza Reporting / Inv #67605 / Ellis v. Arrowcreek $270.80<br>---- Bonanza Reporting / Inv #67606 / Ellis v. Arrowcreek $47.20<br>---- MCI - long distance $1.76<br>---- MCI - long distance $15.96<br>---- LexisNexis $51.94<br>---- Peggy Hoogs & Associates $30.00<br>==== Total Reimbursable Expenses $1,421.72 | 1,421.72 | 3,404.71 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---------|--------------------|--------------------|--------------------|----------------------|------------|
| 2,239.32 | 0.00 | 0.00 | 0.00 | 5,006.26 | $7,245.58 |

# Statement

Curtis B. Coulter, APC
403 Hill Street
Reno, NV 89501

| Date |
| --- |
| 2/12/2015 |

| To: |
| --- |
| Melinda Ellis<br>1200 Broken Feather Ct.<br>Reno, NV 89511 |

| Amount Due | Amount Enc. |
| --- | --- |
| $7,245.58 | |

| Date | Transaction | Amount | Balance |
| --- | --- | --- | --- |
| 05/12/2009 | | 3.00 | 3,407.71 |
| | Fax<br>--- Fax, 3 @ $1.00 = 3.00 | | |
| 06/01/2009 | | 27.60 | 3,435.31 |
| | Photocopy<br>--- Photocopy, 92 @ $0.30 = 27.60 | | |
| 06/17/2009 | | 5.67 | 3,440.98 |
| | Postage<br>--- Postage, 1 @ $5.67 = 5.67 | | |
| 06/18/2009 | | 0.44 | 3,441.42 |
| | Postage<br>--- Postage, 1 @ $0.44 = 0.44 | | |
| 06/18/2009 | | 5.00 | 3,446.42 |
| | Fax<br>--- Fax, 5 @ $1.00 = 5.00 | | |
| 07/10/2009 | | 0.44 | 3,446.86 |
| | Postage<br>--- Postage, 1 @ $0.44 = 0.44 | | |
| 07/15/2009 | | 0.44 | 3,447.30 |
| | Postage<br>--- Postage, 1 @ $0.44 = 0.44 | | |
| 07/15/2009 | | 1.56 | 3,448.86 |
| | Postage<br>--- Postage, 1 @ $1.56 = 1.56 | | |
| 08/26/2009 | | 2.24 | 3,451.10 |
| | Postage<br>--- Postage, 1 @ $2.24 = 2.24 | | |
| 09/01/2009 | | 192.60 | 3,643.70 |
| | Photocopy<br>--- Photocopy, 642 @ $0.30 = 192.60 | | |
| 09/01/2009 | | 9.90 | 3,653.60 |
| | Postage<br>--- Postage, 2 @ $4.95 = 9.90 | | |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
| --- | --- | --- | --- | --- | --- |
| 2,239.32 | 0.00 | 0.00 | 0.00 | 5.006.26 | $7,245.58 |

# Statement

Curtis B. Coulter, APC
403 Hill Street
Reno, NV 89501

| Date |
|---|
| 2/12/2015 |

| To: |
|---|
| Melinda Ellis<br>1200 Broken Feather Ct.<br>Reno, NV 89511 |

| Amount Due | Amount Enc. |
|---|---|
| $7,245.58 | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 09/22/2009 | Postage<br>--- Postage, 2 @ $0.95 = 1.90 | 1.90 | 3,655.50 |
| 09/22/2009 | Postage<br>--- Postage, 2 @ $0.44 = 0.88 | 0.88 | 3,656.38 |
| 12/17/2009 | Postage<br>--- Postage, 1 @ $0.44 = 0.44 | 0.44 | 3,656.82 |
| 12/28/2009 | Fax<br>--- Fax, 2 @ $1.00 = 2.00 | 2.00 | 3,658.82 |
| 12/31/2009 | Fax<br>--- Fax, 2 @ $1.00 = 2.00 | 2.00 | 3,660.82 |
| 01/05/2010 | Photocopy<br>--- Photocopy, 7 @ $0.30 = 2.10 | 2.10 | 3,662.92 |
| 02/09/2010 | Postage<br>--- Postage, 2 @ $2.07 = 4.14 | 4.14 | 3,667.06 |
| 02/10/2010 | Postage<br>--- Postage, 2 @ $0.44 = 0.88 | 0.88 | 3,667.94 |
| 02/16/2010 | Postage<br>--- Postage, 3 @ $0.44 = 1.32 | 1.32 | 3,669.26 |
| 03/04/2010 | Photocopy<br>--- Photocopy, 96 @ $0.30 = 28.80 | 28.80 | 3,698.06 |
| 03/18/2010 | Delivery<br>--- Delivery. 1 @ $6.50 = 6.50 | 6.50 | 3,704.56 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 2,239.32 | 0.00 | 0.00 | 0.00 | 5,006.26 | $7,245.58 |

# Statement

Curtis B. Coulter, APC
403 Hill Street
Reno, NV 89501

| Date |
| --- |
| 2/12/2015 |

| To: |
| --- |
| Melinda Ellis<br>1200 Broken Feather Ct.<br>Reno, NV 89511 |

| Amount Due | Amount Enc. |
| --- | --- |
| $7,245.58 | |

| Date | Transaction | Amount | Balance |
| --- | --- | --- | --- |
| 03/18/2010 | Postage<br>--- Postage, 2 @ $0.44 = 0.88 | 0.88 | 3,705.44 |
| 05/03/2010 | Photocopy<br>--- Photocopy, 61 @ $0.30 = 18.30 | 18.30 | 3,723.74 |
| 05/24/2010 | Photocopy<br>--- Photocopy, 2 @ $0.30 = 0.60 | 0.60 | 3,724.34 |
| 06/11/2010 | Postage<br>--- Postage, 2 @ $1.56 = 3.12 | 3.12 | 3,727.46 |
| 06/11/2010 | Fax<br>--- Fax, 12 @ $1.00 = 12.00 | 12.00 | 3,739.46 |
| 06/15/2010 | Delivery<br>--- Delivery, 1 @ $6.50 = 6.50 | 6.50 | 3,745.96 |
| 06/15/2010 | Postage<br>--- Postage, 3 @ $1.56 = 4.68 | 4.68 | 3,750.64 |
| 06/17/2010 | Postage<br>--- Postage, 2 @ $0.61 = 1.22 | 1.22 | 3,751.86 |
| 06/30/2010 | Postage<br>--- Postage, 2 @ $0.61 = 1.22 | 1.22 | 3,753.08 |
| 07/01/2010 | Photocopy<br>--- Photocopy, 210 @ $0.30 = 63.00 | 63.00 | 3,816.08 |
| 07/13/2010 | Fax<br>--- Fax, 1 @ $1.00 = 1.00 | 1.00 | 3,817.08 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
| --- | --- | --- | --- | --- | --- |
| 2,239.32 | 0.00 | 0.00 | 0.00 | 5,006.26 | $7,245.58 |

Curtis B. Coulter, APC
403 Hill Street
Reno, NV 89501

# Statement

| Date |
|------|
| 2/12/2015 |

| To: |
|-----|
| Melinda Ellis<br>1200 Broken Feather Ct.<br>Reno, NV 89511 |

| Amount Due | Amount Enc. |
|------------|-------------|
| $7,245.58 | |

| Date | Transaction | Amount | Balance |
|------|-------------|--------|---------|
| 09/01/2010 | Photocopy<br>--- Photocopy, 37 @ $0.30 = 11.10 | 11.10 | 3,828.18 |
| 10/15/2010 | Photocopy<br>--- Photocopy, 7,559 @ $0.30 = 2,267.70 | 2,267.70 | 6,095.88 |
| 12/01/2010 | Photocopy<br>--- Photocopy, 123 @ $0.30 = 36.90 | 36.90 | 6,132.78 |
| 02/01/2011 | Photocopy<br>--- Photocopy, 242 @ $0.30 = 72.60 | 72.60 | 6,205.38 |
| 02/03/2011 | Postage<br>--- Postage, 2 @ $1.56 = 3.12 | 3.12 | 6,208.50 |
| 04/20/2011 | Photocopy<br>--- Photocopy, 137 @ $0.30 = 41.10 | 41.10 | 6,249.60 |
| 08/01/2011 | Photocopy<br>--- Photocopy, 64 @ $0.30 = 19.20 | 19.20 | 6,268.80 |
| 10/03/2011 | Photocopy<br>--- Photocopy, 234 @ $0.30 = 70.20 | 70.20 | 6,339.00 |
| 11/01/2011 | Photocopy<br>--- Photocopy, 55 @ $0.30 = 16.50 | 16.50 | 6,355.50 |
| 12/15/2011 | Postage<br>--- Postage, 11 @ $0.44 = 4.84 | 4.84 | 6,360.34 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---------|--------------------|--------------------|--------------------|-----------------------|------------|
| 2,239.32 | 0.00 | 0.00 | 0.00 | 5,006.26 | $7,245.58 |

# Statement

Curtis B. Coulter, APC
403 Hill Street
Reno, NV 89501

| Date |
|---|
| 2/12/2015 |

| To: |
|---|
| Melinda Ellis<br>1200 Broken Feather Ct.<br>Reno, NV 89511 |

| | Amount Due | Amount Enc. |
|---|---|---|
| | $7,245.58 | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 01/23/2012 | INV #381.<br>=== Reimb Group<br>--- Peggy Hoogs & Associates $30.00<br>--- LexisNexis $1.03<br>--- MCI - long distance $1.32<br>--- LexisNexis $132.99<br>--- MCI - long distance $0.85<br>--- LexisNexis $29.95<br>--- MCI - long distance $2.24<br>--- MCI - long distance $0.44<br>--- Lexis Nexis $32.55<br>--- MCI - long distance $4.41<br>--- LexisNexis $8.63<br>--- LexisNexis $130.29<br>--- MCI - long distance $8.17<br>--- LexisNexis $32.90<br>--- MCI - long distance $5.08<br>=== Total Reimbursable Expenses $420.85 | 420.85 | 6,781.19 |
| 01/31/2012 | Postage<br>--- Postage, 1 @ $0.85 = 0.85 | 0.85 | 6,782.04 |
| 02/02/2012 | Photocopy<br>--- Photocopy, 240 @ $0.30 = 72.00 | 72.00 | 6,854.04 |
| 03/01/2012 | Photocopy<br>--- Photocopy. 9 @ $0.30 = 2.70 | 2.70 | 6,856.74 |
| 04/19/2012 | Postage<br>--- Postage, 1 @ $2.50 = 2.50 | 2.50 | 6,859.24 |
| 04/27/2012 | Postage<br>--- Postage, 1 @ $0.65 = 0.65 | 0.65 | 6,859.89 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 2,239.32 | 0.00 | 0.00 | 0.00 | 5,006.26 | $7,245.58 |

# Statement

Curtis B. Coulter, APC
403 Hill Street
Reno, NV 89501

| Date |
| --- |
| 2/12/2015 |

| To: |
| --- |
| Melinda Ellis<br>1200 Broken Feather Ct.<br>Reno, NV 89511 |

| | Amount Due | Amount Enc. |
| --- | --- | --- |
| | $7,245.58 | |

| Date | Transaction | Amount | Balance |
| --- | --- | --- | --- |
| 05/02/2012 | | 0.65 | 6,860.54 |
| | Postage<br>--- Postage, 1 @ $0.65 = 0.65 | | |
| 06/04/2012 | | 33.30 | 6,893.84 |
| | Photocopy<br>--- Photocopy, 111 @ $0.30 = 33.30 | | |
| 07/02/2012 | | 254.40 | 7,148.24 |
| | Photocopy<br>--- Photocopy, 848 @ $0.30 = 254.40 | | |
| 08/15/2012 | | 81.90 | 7,230.14 |
| | Photocopy<br>--- Photocopy, 273 @ $0.30 = 81.90 | | |
| 08/28/2012 | | 8.00 | 7,238.14 |
| | Fax<br>--- Fax, 8 @ $1.00 = 8.00 | | |
| 10/03/2012 | | 1.50 | 7,239.64 |
| | Photocopy<br>--- Photocopy, 5 @ $0.30 = 1.50 | | |
| 03/01/2013 | | 2.40 | 7,242.04 |
| | Photocopy<br>--- Photocopy, 8 @ $0.30 = 2.40 | | |
| 04/01/2013 | | 0.60 | 7,242.64 |
| | Photocopy<br>--- Photocopy, 2 @ $0.30 = 0.60 | | |
| 02/18/2014 | INV #801.<br>=== Reimb Group<br>--- MCI - long distance $0.65<br>--- MCI - long distance $2.07<br>=== Total Reimbursable Expenses $2.72 | 2.72 | 7,245.36 |
| 02/12/2015 | INV #932.<br>--- MCI - long distance $0.22 | 0.22 | 7,245.58 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-80 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
| --- | --- | --- | --- | --- | --- |
| 2,239.32 | 0.00 | 0.00 | 0.00 | 5,006.26 | $7,245.58 |