AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\_*****\_\_\_\_\_ DISTRICT OF   NEVADA

MELINDA ELLIS,

      Plaintiff,         JUDGMENT IN A CIVIL CASE
V.         CASE NUMBER: **3:09-cv-00428-LRH-WGC**

ALESSI TRUSTEE CORPORATION, *et al.*,

      Defendants.

\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that attorney's fees are awarded in the amount of $125,435.00 and costs are awarded in the amount of $22,656.04 in favor of plaintiff Melinda Ellis and against defendants Alessi Trustee Corporation and Alessi & Koenig, LLC jointly and severally.

      **IT IS FURTHER ORDERED** that pre-judgment interest in the amount identified in 28 U.S.C. §1961 is awarded in favor of plaintiff Melinda Ellis and against defendants Alessi Trustee Corporation and Alessi & Koenig, LLC jointly and severally from July 14, 2009 to the date of the final judgment in this matter.

      **IT IS FURTHER ORDERED** that post-judgment interest in the amount identified in 28 U.S.C. §1961 is awarded in favor of plaintiff Melinda Ellis and against defendants Alessi Trustee Corporation and Alessi & Koenig, LLC jointly and severally from the date of judgment until such judgment is satisfied.

    June 26, 2015                               **LANCE S. WILSON**
                                                                  Clerk

                                                                  /s/ J. Cotter
                                                                  Deputy Clerk