AO 450 (Rev. 5/85)    Judgment in a Civil Case ⊕

## UNITED STATES DISTRICT COURT

*****    DISTRICT OF     NEVADA

| | |
|---|---|
| MELINDA ELLIS,           )<br>                               )<br>          Plaintiff,         )<br>  vs.                         )<br>                               )<br> ALESSI TRUSTEE CORPORATION, et al.,)<br>                               )<br>          Defendants.      )<br>                               ) | **AMENDED**<br>**JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO.: 3:09-CV-428-LRH-WGC** |

  **XX**   **Jury Verdict.** This action came before the Court for a trial by jury.   The issues have been tried and the jury having rendered its verdict on January 26, 2015.

**Judgment is entered in favor of the Plaintiff and against Defendants Alessi Trustee Corporation and Alessi & Koenig, LLC.**

   Plaintiff's claim against Alessi Trustee Corporation for violation of the FDCPA: statutory damages in the amount of $1,000.00.

   Plaintiff's claim against Alessi Trust Corporation for violation of the FDCPA as well as Civil Racketeering: compensatory damages in the amount of $25,000.00 multiplying this amount by three results in an award of $75,000.00. Additional punitive damages related to Alessi Trustee Corporation's extreme and outrageous conduct in the amount of $157,000.00.

   Plaintiff's claim against Alessi & Koenig, LLC for violation of the FDCPA: statutory damages in the amount of $1,000.00.

   Plaintiff's claim against Alessi & Koenig, LLC for violation of the FDCPA as well as Civil Racketeering: compensatory damages in the amount of $25,000.00, multiplying this amount by three results in an award of $75,000.00. Additional punitive damages related to Alessi & Koenig, LLC's extreme and outrageous conduct in the amount of $157,000.00.

   Pursuant to the Court's Order [doc #215] dated June 26, 2015, judgment as to attorney's fees and costs is entered as follows:

   **IT IS ORDERED AND ADJUDGED** that attorney's fees are awarded in the amount of $125,435.00 and costs are awarded in the amount of $22,656.04 in favor of plaintiff Melinda Ellis and against defendants Alessi Trustee Corporation and Alessi & Koenig, LLC jointly and severally.

Ellis v. Alessi
3:09-cv-428-LRH-WGC
Amended Judgment
July 14, 2015
Page 2 of 2
_____/

    **IT IS FURTHER ORDERED** that pre-judgment interest in the amount identified in 28 U.S.C. § 1961 is awarded in favor of plaintiff Melinda Ellis and against defendants Alessi Trustee Corporation and Alessi & Koenig, LLC jointly and severally from July 14, 2009, to the date of the final judgment in this matter.

    **IT IS FURTHER ORDERED** that post-judgment interest in the amount identified in 28 U.S.C. § 1961 is awarded in favor of plaintiff Melinda Ellis and against defendants Alessi Trustee Corporation and Alessi & Koenig, LLC jointly and severally from the date of judgment until such judgment is satisfied.

    July 14, 2015                                               **LANCE S. WILSON**
                                                                                      Clerk

                                                                           /s/ Dionna Negrete
                                                                               Deputy Clerk