Huong X. Lam, Esq.
Nevada Bar No. 10916
ALESSI & KOENIG, LLC
9500 West Flamingo Road, Suite 205
Las Vegas, Nevada 89147-5721
Phone: (702) 222-4033
Fax: (702) 222-4043
E-Mail: hlam@alessikoenig.com
*Attorney for Defendants,*
*Alessi Trustee Corporation and Alessi & Koenig, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MELINDA ELLIS, individually and On Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>ALESSI TRUSTEE CORPORATION; DAVID ANTHONY ALESSI; and ALESSI & KOENIG, LLC; and DOES I through XX,<br><br>Defendants, | Case No.: 3:09-cv-00428-LRH-WGC |

### NOTICE OF APPEAL TO UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

Defendants ALESSI TRUSTEE CORPORATION and ALESSI & KOENIG, LLC appeal to the United States Court of Appeals for the Ninth Circuit from the final Judgment of the District Court for the District of Nevada, entered in this case on June 26, 2015.

The parties to the Judgment appealed from and the names and addresses of their respective attorneys are as follows:

///

///

1

Defendants/Appellants ALESSI TRUSTEE CORPORATION and ALESSI & KOENIG, LLC are represented by:

    Huong X. Lam, Esq. (NV Bar No. 10916)
    ALESSI & KOENIG, LLC
    9500 West Flamingo Road, Suite 205
    Las Vegas, Nevada  89147-5721
    Phone: (702) 222-4033
    Fax: (702) 222-4043
    E-Mail: hlam@alessikoenig.com

Plaintiff/Respondent MELINDA ELLIS is represented by:

    Mark J. Bourassa, Esq. (NV Bar No. 7999)
    Trent L. Richards, Esq. (NV Bar No. 11448)
    THE BOURASSA LAW GROUP, LLC
    8668 Spring Mountain Road, Suite 101
    Las Vegas, Nevada  89117-4132
    Phone: (702) 851-2180
    Fax: (702) 851-2189
    E-Mail: mbourassa@bourassalawgroup.com
           trichards@ bourassalawgroup.com

DATED this __27th__ day of July, 2015.

                              ALESSI & KOENIG, LLC

                              By: _____
                                    Huong X. Lam, Esq.
                                    Nevada Bar No. 10916
                                    ALESSI & KOENIG, LLC
                                    9500 West Flamingo Road, Suite 205
                                    Las Vegas, Nevada  89147
                                    Phone: (702) 222-4033
                                    Fax: (702) 222-4043
                                    E-Mail: hlam@alessikoenig.com
                                    *Attorney for Defendants,*
                                    *Alessi Trustee Corporation and Alessi &*
                                    *Koenig, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the __27th__ day of July, 2015, I caused service of a true and correct copy of the foregoing **NOTICE OF APPEAL TO UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT** to be made electronically via the Case Management/Electronic Case Files (CM/ECF) system, as well as via mail by depositing the same in the United States Mail in Las Vegas, Nevada, postage prepaid, addressed as follows:

Mark J. Bourassa, Esq.
Trent L. Richards, Esq.
The Bourassa Law Group, LLC
8668 Spring Mountain Road, Suite 101
Las Vegas, Nevada  89117-4132
*Attorney for Plaintiff/Respondent,*
*Melinda Ellis, individually and On Behalf of Herself and All Others Similarly Situated*

/s/ Michael L. Sturm
MICHAEL L. STURM, an employee of
ALESSI & KOENIG, LLC